1  HELANE L. MORRISON (Cal. Bar No. 127752)
   JAMES A. HOWELL (Cal. Bar No. 92721)
2    (howellj@sec.gov)
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
3    (schneidere@sec.gov)

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | SECURITIES AND EXCHANGE COMMISSION, | Case No. C 06-5600 (JCS)
13 |         Plaintiff,                  |
   |                                     | STIPULATION FOR EXTENSION OF
14 |    vs.                              | TIME TO RESPOND TO COMPLAINT
15 | INDIGENOUS GLOBAL DEVELOPMENT
   | CORPORATION and DENI G. LEONARD,
16 |
   |         Defendants.
17

18
       Plaintiff Securities and Exchange Commission ("Commission") and defendants Indigenous
19
   Global Development Corporation ("IGDC") and Deni G. Leonard ("Leonard"), pursuant to Local
20
   Rule 6.1 stipulate and agree:

22                              **RECITALS**

23     A.    The Commission filed a complaint in this action on September 13, 2006.

24     B.    Defendants IGDC and Leonard have been served with the summons and complaint in
25 this action and request additional time before filing an answer or other responsive pleading so that
26 they may retain counsel to represent them. No previous requests for additional time have been made
27 by any party.
28

STIPULATION FOR EXTENSION OF TIME
SEC v. Indigenous Global Development Corporation, et al.,
No. C-06-5600 (JCS)

C. The requested extension will not alter the date of any other event or deadline fixed by Court order.

D. Defendant Leonard appears in this action for himself to request additional time to respond to the complaint. Defendant Leonard acknowledges that, pursuant to Local Rule 3-9, IGDC may only appear in the action through an attorney who is a member of the bar of the Court.

**STIPULATION**

Therefore, the Commission and defendants agree that defendants IGDC and Leonard shall have additional time, to and including November 3, 2006, to answer or otherwise respond to the complaint in this action.

Dated: October 5, 2006

By: _____
Erin E. Schneider
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: October __, 2006

By: _____
Deni G. Leonard
Defendant, pro se

Dated: October 10, 2006

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR EXTENSION OF TIME     -2-
SEC v. Indigenous Global Development
Corporation, et al., No. C-06-5600 (JCS)