```
HELANE L. MORRISON (Cal. Bar No. 127752)
JAMES A. HOWELL (Cal. Bar No. 92721)
  (howellj@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
```

RECEIVED
07 MAR -2 PM 12: 48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>INDIGENOUS GLOBAL DEVELOPMENT CORPORATION and DENI G. LEONARD,<br><br>Defendants. | Case No. C 06 5600 JCS<br><br>ORDER PERMITTING WITHDRAWAL OF COUNSEL |

On the motion of plaintiff Securities and Exchange Commission to allow one of its attorneys, James A. Howell, to withdraw from the action, the Court finding good cause therefore, the motion is granted:

IT IS ORDERED that James A. Howell may withdraw as counsel for plaintiff.

Dated: 3|9       , 2007

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Order re Counsel
Case No. C 06 5600

# CERTIFICATE OF SERVICE

I am a citizen of the United States over 18 years of age and not a party to this action. On March 1, 2007, I served the foregoing ORDER PERMITTING WITHDRAWAL OF COUNSEL on the parties to this action by mailing copies addressed to:

Deni G. Leonard
Chairman and Chief Executive Officer
Indigenous Global Development Corporation
c/o Reverend Gregory Richardson
2451 Sacramento Street, #1009
San Francisco, CA 94115

I declare under penalty of perjury that the statements made above are true and correct. Executed at San Francisco, California.

DATED: March 1, 2007

James A. Howell

Order re Counsel                        -2-

# CERTIFICATE OF SERVICE

I am a citizen of the United States over 18 years of age and not a party to this action. On March 1, 2007, I served the foregoing ORDER PERMITTING WITHDRAWAL OF COUNSEL on the parties to this action by mailing copies addressed to:

Deni G. Leonard
Chairman and Chief Executive Officer
Indigenous Global Development Corporation
c/o Reverend Gregory Richardson
2451 Sacramento Street, #1009
San Francisco, CA 94115

I declare under penalty of perjury that the statements made above are true and correct. Executed at San Francisco, California.

DATED: March 1, 2007

*James A. Howell* (signature)
James A. Howell