HELANE L. MORRISON (Cal. Bar No. 127752)
ROBERT L. MITCHELL (Cal. Bar No. 161354)
 (mitchellr@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>INDIGENOUS GLOBAL DEVELOPMENT CORPORATION and DENI G. LEONARD,<br><br>            Defendants. | Case No. C-06-5600 (JCS)<br><br>[~~PROPOSED~~] ORDER TO POSTPPONE CASE MANAGEMENT CONFERENCE |

Upon stipulation of the parties, and for good cause appearing, the Case Management Conference currently set for May 4, 2007 at ~~1:30 p.m.~~ 10:30 a.m. is hereby postponed to __June 29,_____, 2007 at __1:30 PM_____. The parties shall submit a joint case management conference statement no later than ___June 22_____, 2007.

Dated: __April 30_____, 2007

By: _____/s/ JCS_____
United States Magistrate Judge
Joseph C. Spero

[~~PROPOSED~~] ORDER TO POSTPONE CMC
SEC v. Indigenous Global Development
Corporation et al., No. C-06-5600 (JCS)