```
 1  HELANE L. MORRISON (Cal. Bar No. 127752)
    ROBERT L. MITCHELL (Cal. Bar No. 161354)
 2    (mitchellr@sec.gov)
    ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 3    (schneidere@sec.gov)

 4  Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
 5  44 Montgomery Street, Suite 2600
    San Francisco, California 94104
 6  Telephone: (415) 705-2500
    Facsimile: (415) 705-2501
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>       vs.<br><br>INDIGENOUS GLOBAL DEVELOPMENT<br>CORPORATION and DENI G. LEONARD,<br><br>            Defendants. | Case No. C-06-5600 (JCS)<br><br>ORDER TO POSTPPONE<br>CASE MANAGEMENT CONFERENCE |

   Upon stipulation of the parties, and for good cause appearing, the Case Management Conference currently set for June 29, 2007 at 1:30 p.m. is hereby postponed to August 17, 2007 at 1:30 PM. The parties shall submit a joint case management conference statement no later than August 10, 2007.

Dated: June 25, 2007

By: _____
United States Magistrate Judge

IT IS SO ORDERED
Judge Joseph C. Spero

[PROPOSED] ORDER TO POSTPONE CMC
SEC v. Indigenous Global Development
Corporation et al., No. C-06-5600 (JCS)