MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT L. MITCHELL (Cal. Bar No. 161354)
(mitchellr@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
(schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>vs.<br>INDIGENOUS GLOBAL DEVELOPMENT CORPORATION and DENI G. LEONARD,<br>Defendants, | Case No. C-06-5600 JCS<br><br>DECLARATION OF RON NICKLAS CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY |

DECLARATION OF RON NICKLAS CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, Ron Nicklas, have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify as follows:

1. I am employed by Pennaluna & Company ("Pennaluna") as its President and by reason of my position am authorized and qualified to make this declaration. I am familiar with Pennaluna's recordkeeping practices.

2. I further certify that the following documents produced to the Securities and Exchange Commission by Pennaluna are true copies of records that were: (a) made at or near the time of the

occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters; (b) kept in the course Pennaluna's regularly conducted business activity; and (c) made by the regularly conducted business activity as a regular practice:

| Date Produced | Description of Documents |
|---|---|
| January 17, 2006 | Account statements for United Native Depository Corp's Account Number [redacted]8138 for the following periods:<br>▪ 11/1/2005-11/30/2005<br>▪ 12/1/2005-12/31/2005<br>REDACTED |
| January 17, 2006 | Account statements for United Native Depository Corp.'s Account Number [redacted]8132 for the following periods:<br>▪ 10/31/2005-11/30/2005<br>▪ 9/30/2005-10/31/2005<br>▪ 6/30/2005-9/30/2005<br>▪ 5/31/2005-6/30/2005<br>▪ 4/29/2005-5/31/2005<br>▪ 3/31/2005-4/29/2005<br>▪ 1/31/2005-3/31/2005<br>▪ 12/31/2004-1/31/2005<br>▪ 11/30/2004-12/31/2004<br>▪ 10/29/2004-11/30/2004<br>▪ 9/30/2004-10/29/2004<br>▪ 8/31/2004-9/30/2004<br>▪ 7/30/2004-8/31/2004<br>▪ 7/15/2004-7/30/2004<br>REDACTED |
| January 17, 2006 | Account statements for Deni Leonard's Account Number [redacted]3174 for the following periods:<br>▪ 11/1/2005-11/30/2005<br>▪ 12/1/2005-12/31/2005<br>REDACTED |
| January 17, 2006 | Account statements for Deni Leonard's Account Number [redacted]5606 for the following periods:<br>▪ 4/25/2005-5/31/2005<br>▪ 5/31/2005-6/30/2005<br>▪ 6/30/2005-7/29/2005<br>▪ 7/29/2005-8/31/2005<br>REDACTED |
| January 17, 2006 | Form 1099 for Tax Year 2004 for United Native Depository Corp.'s Account No. [redacted]8132 REDACTED |
| January 17, 2006 | The following Sell Transaction Confirmations:<br>▪ United Native Depository Corporation's sale of 21,000 shares of Indigenous Global Development Corporation BB at $.29 per share on 9/2/2004<br>▪ United Native Depository Corporation's sale of |

| Date Produced | Description of Documents |
| --- | --- |
| | 23,000 shares of Indigenous Global Development Corporation BB at $.285 per share on 9/8/2004<br>▪ United Native Depository Corporation's sale of 40,000 shares of Indigenous Global Development Corporation BB at $.20 per share on 11/2/2004<br>▪ United Native Depository Corporation's sale of 5,210 shares of Indigenous Global Development Corporation BB at $.27 per share on 1/5/2005<br>▪ United Native Depository Corporation's sale of 16,000 shares of Indigenous Global Development Corporation BB at $.275 per share on 1/6/2005<br>▪ Deni Leonard's sale of 50,000 shares of Indigenous Global Development Corporation BB at $.095 per share on 7/5/2005 |

3. I further certify that the following documents produced to the Securities and Exchange Commission by Deni Leonard are true copies of records that were: (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters; (b) kept in the course Pennaluna's regularly conducted business activity; and (c) made by the regularly conducted business activity as a regular practice:

| Description of Documents |
| --- |
| The following Sell Transaction Confirmations:<br>▪ United Native Depository Corporation's sale of 21,000 shares of Indigenous Global Development Corporation BB at $.29 per share on 9/2/2004<br>▪ United Native Depository Corporation's sale of 23,000 shares of Indigenous Global Development Corporation BB at $.285 per share on 9/8/2004<br>▪ United Native Depository Corporation's sale of 12,000 shares of Indigenous Global Development Corporation BB at $.23 per share on 11/9/2004<br>▪ United Native Depository Corporation's sale of 25,000 shares of Indigenous Global Development Corporation BB at $.25 per share on 11/15/2004<br>▪ United Native Depository Corporation's sale of 10,000 shares of Indigenous Global Development Corporation BB at $.27 per share on 11/15/2004 |

| Description of Documents |
| --- |
| ▪ United Native Depository Corporation's sale of 16,500 shares of Indigenous Global Development Corporation BB at $.30 per share on 11/16/2004<br><br>▪ United Native Depository Corporation's sale of 10,000 shares of Indigenous Global Development Corporation BB at $.38 per share on 11/19/2004<br><br>▪ United Native Depository Corporation's sale of 10,000 shares of Indigenous Global Development Corporation BB at $.40 per share on 11/19/2004<br><br>▪ United Native Depository Corporation's sale of 5,210 shares of Indigenous Global Development Corporation BB at $.27 per share on 1/5/2005<br><br>▪ United Native Depository Corporation's sale of 16,000 shares of Indigenous Global Development Corporation BB at $.275 per share on 1/6/2005<br><br>▪ United Native Depository Corporation's sale of 20,000 shares of Indigenous Global Development Corporation BB at $.25 per share on 1/7/2005<br><br>▪ United Native Depository Corporation's sale of 10,000 shares of Indigenous Global Development Corporation BB at $.27 per share on 1/10/2005<br><br>▪ United Native Depository Corporation's sale of 19,000 shares of Indigenous Global Development Corporation BB at $.265 per share on 1/12/2005<br><br>▪ United Native Depository Corporation's sale of 10,000 shares of Indigenous Global Development Corporation BB at $.30 per share on 1/14/2005<br><br>▪ United Native Depository Corporation's sale of 10,000 shares of Indigenous Global Development Corporation BB at $.19 per share on 3/8/2005<br><br>▪ United Native Depository Corporation's sale of 20,000 shares of Indigenous Global Development Corporation BB at $.175 per share on 3/29/2005<br><br>▪ United Native Depository Corporation's sale of 5,000 shares of Indigenous Global Development Corporation BB at $.161 per share on 4/8/2005<br><br>▪ United Native Depository Corporation's sale of 15,000 shares of Indigenous Global Development Corporation BB at $.185 per share on 4/22/2005<br><br>▪ United Native Depository Corporation's sale of22,000 shares of Indigenous Global Development Corporation BB at $.152 per share on 5/5/2005 |

| Description of Documents |
|---|
| ▪ United Native Depository Corporation's sale of 15,000 shares of Indigenous Global Development Corporation BB at $.142 per share on 5/11/2005<br>▪ United Native Depository Corporation's sale of 10,000 shares of Indigenous Global Development Corporation BB at $.17 per share on 5/12/2005<br>▪ United Native Depository Corporation's sale of 31,790 shares of Indigenous Global Development Corporation BB at $.161 per share on 5/17/2005 |
| The following Sell Transaction Confirmations:<br>▪ Deni Leonard's sale of 35,500 shares of Indigenous Global Development Corporation BB at $.10 per share on 6/20/2005<br>▪ Deni Leonard's sale of 75,000 shares of Indigenous Global Development Corporation BB at $.09 per share on 6/24/2005<br>▪ Deni Leonard's sale of 120,000 shares of Indigenous Global Development Corporation BB at $.095 per share on 6/28/2005<br>▪ Deni Leonard's sale of 75,000 shares of Indigenous Global Development Corporation BB at $.09 per share on 6/30/2005<br>▪ Deni Leonard's sale of 50,000 shares of Indigenous Global Development Corporation BB at $.095 per share on 7/5/2005<br>▪ Deni Leonard's sale of 50,000 shares of Indigenous Global Development Corporation BB at $.08 per share on 7/14/2005<br>▪ Deni Leonard's sale of 25,000 shares of Indigenous Global Development Corporation BB at $.085 per share on 7/15/2005<br>▪ Deni Leonard's sale of 70,000 shares of Indigenous Global Development Corporation BB at $.081 per share on 7/21/2005<br>▪ Deni Leonard's sale of 35,000 shares of Indigenous Global Development Corporation BB at $.08 per share on 7/26/2005<br>▪ Deni Leonard's sale of 10,000 shares of Indigenous Global Development Corporation BB at $.065 per share on 8/19/2005<br>▪ Deni Leonard's sale of 40,000 shares of Indigenous Global Development Corporation BB at $.07 per share on 8/22/2005<br>▪ Deni Leonard's sale of 70,000 shares of Indigenous Global Development Corporation BB at $.091 per share on 8/23/2005<br>▪ Deni Leonard's sale of 14,500 shares of Indigenous Global Development Corporation BB at $.09 per share on 8/24/2005 |

| Description of Documents |
| --- |
| ▪ Deni Leonard's sale of 10,000 shares of Indigenous Global Development Corporation BB at $.075 per share on 8/30/2005<br>▪ Deni Leonard's sale of 15,600 shares of Indigenous Global Development Corporation BB at $.076 per share on 8/31/2005<br>▪ Deni Leonard's sale of 24,000 shares of Indigenous Global Development Corporation BB at $.07 per share on 9/14/2005 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on [*date*] at [*place*].

Ron Nicklas

At: Coeur d'Alene ID
Dt: March 28, 2008

KATHY NEUBAUER NOTARY PUBLIC STATE OF IDAHO

My Commission expires 6/23/09
Kathy Neubauer
Notary Public
State of Idaho

# EXHIBIT 1

051130 230 001077270 C 1
PENNALUNA & CO.
P.O BOX 1889
COEUR D' ALENE, IDAHO 83816

Account Number: [redacted]8138

# PENNALUNA & COMPANY

421 Sherman Avenue - - Suite 203 - Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

REDACTED

UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

YOUR REGISTERED REPRESENTATIVE
MARK J. DILLON
RR#: 657

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local 208 667 7472
National 800 535 5329

Statement Date: 11/01/05 to 11/30/05

## SNAPSHOT

TOTAL PORTFOLIO
**$8,501.89**

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $1.49 | $0.00 |
| Securities | $8,500.40 | $0.00 |
| TOTAL PORTFOLIO VALUE | $8,501.89 | $0.00 |




A portfolio value less than $100.00 may not be displayed.

| ACCOUNT ACTIVITY | This Period | Year-To-Date |
|---|---|---|
| Net Miscellaneous Activity | $0.00 | $0.00 |

LEGEND
() Numbers in parenthesis are debits or subtractions
NFS = National Financial Services LLC



*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Account Number: [redacted]8138
Account Name: UNITED NAT
Statement Date: 11/01/2005 to 11/30/2005

PENNALUNA & COMPANY
421 Sherman Avenue - - Suite 203 · Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

REDACTED

# SUMMARY

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
| Money Markets | $1.49 | $0.00 |
| Securities | | |
| Equities | | |
| Equity | $8,500.40 | $0.00 |
| Total Securities | $8,500.40 | $0.00 |
| TOTAL PORTFOLIO VALUE | $8,501.89 | $0.00 |

| ACCOUNT ACTIVITY | This Period | Year-To-Date |
|---|---|---|
| BEGINNING BALANCE | $0.00 | |
| NET MISCELLANEOUS ACTIVITY | $0.00 | $0.00 |
| ENDING BALANCE | $0.00 | |

PORTFOLIO ALLOCATION



| | |
|---|---|
| Money Markets | 0.02% |
| Equity | 99.98% |

Allocations for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.

# DETAIL

PORTFOLIO VALUE

CASH AND CASH EQUIVALENTS 0.02%

| Description | Symbol/Cusip Account Type | Quantity | Price on 11/30/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| Money Markets | | | | | | |



Account carried with National Financial Services LLC, Member NYSE, SIPC
See last page for important information about your brokerage account and this statement.

Account Number: [redacted]8138
Account Name: UNITED NAT

Statement Date: 11/01/2005 to 11/30/2005

PENNALUNA & COMPANY
421 Sherman Avenue - - Suite 203 · Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

REDACTED

## CASH AND CASH EQUIVALENTS 0.02%

| Description | Symbol/Cusip Account Type | Quantity | Price on 11/30/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| PRIME FUND - CAPITAL RESERVES CLASS<br>7 DAY AVG NET YIELD 3.21%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | FPRXX<br>CASH | 1.49 | $1.00 | $1.49 | unavailable | |
| **Total Cash and Cash Equivalents** | | | | $1.49 | | |

## EQUITIES 99.98%

| Description | Symbol/Cusip Account Type | Quantity | Price on 11/30/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **Equity** | | | | | | |
| INDIGENOUS GLOBAL DEV CORP | IGDC<br>RESSTK | 100,000 | $0.085 | $8,500.00 | unavailable | |
| INTERFOUNDRY INC COM NEW | ITFY<br>CASH | 67 | $0.006 | $0.40 | unavailable | |
| **Total Equity** | | | | $8,500.40 | | |
| **Total Equities** | | | | $8,500.40 | | |
| **Total Securities** | | | | $8,500.40 | | |

## TOTAL PORTFOLIO VALUE $8,501.89

## ACCOUNT ACTIVITY

### MISCELLANEOUS ACCOUNT ACTIVITY

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 11/18/05 | RESSTK | RECEIVED FROM YOU | INDIGENOUS GLOBAL DEV CORP REF 200511185983045 | 100,000 | $0.00 |
| 11/18/05 | CASH | CONVERSION | PRIME FUND - CAPITAL RESERVES CLASS TFR FROM FISERV | 1.49 | $0.00 |



*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Account Number: [redacted]8138
Account Name: UNITED NAT
Statement Date: 11/01/2005 to 11/30/2005

PENNALUNA & COMPANY
421 Sherman Avenue • • Suite 203 • Couer d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

REDACTED

## MISCELLANEOUS ACCOUNT ACTIVITY

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 11/21/05 | CASH | CONVERSION | INTERFOUNDRY INC COM NEW TFR FROM FISERV | 67 | $0.00 |

NET MISCELLANEOUS ACCOUNT ACTIVITY $0.00

## MESSAGES

We now clear through National Financial Services, a Fidelity Investments Company. IMPORTANT: to avoid delays, please make all checks out to 'NFS' or 'National Financial'. We offer you and yours our best wishes for the merriest of holidays]



*Account carried with National Financial Services LLC, Member NYSE, SIPC*

051230 230 007019082 C 1
PENNALUNA & CO.
P.O BOX 1889
COEUR D' ALENE, IDAHO 83816

Account Number: [redacted]8138

# PENNALUNA & COMPANY

421 Sherman Avenue - - Suite 203 · Couer d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

REDACTED

UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

YOUR REGISTERED REPRESENTATIVE
MARK J. DILLON
RR#: 657

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local 208 667 7472
National 800 535 5329

Statement Date: 12/01/05 to 12/31/05

## SNAPSHOT

TOTAL PORTFOLIO
**$7,001.89**

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $1.49 | $1.49 |
| Securities | $7,000.40 | $8,500.40 |
| TOTAL PORTFOLIO VALUE | $7,001.89 | $8,501.89 |




A portfolio value less than $100.00 may not be displayed.

LEGEND
( ) Numbers in parenthesis are debits or subtractions
NFS = National Financial Services LLC

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Account Number: [redacted]8138
Account Name: UNITED NAT

Statement Date: 12/01/2005 to 12/31/2005

REDACTED

PENNALUNA & COMPANY
421 Sherman Avenue - - Suite 203 · Couer d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

# SUMMARY

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
| Money Markets | $1.49 | $1.49 |
| Securities | | |
| Equities | | |
| Equity | $7,000.40 | $8,500.40 |
| Total Securities | $7,000.40 | $8,500.40 |
| TOTAL PORTFOLIO VALUE | $7,001.89 | $8,501.89 |

## PORTFOLIO ALLOCATION



| | | |
|---|---|---|
| ▦ | Money Markets | 0.02% |
| ▩ | Equity | 99.98% |

Allocations for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.

# DETAIL

## PORTFOLIO VALUE

### CASH AND CASH EQUIVALENTS 0.02%

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| Money Markets | | | | | | |



*Account carried with National Financial Services LLC, Member NYSE, SIPC*

See last page for important information about your brokerage account and this statement.

Account Number: [redacted]8138
Account Name: UNITED NAT
Statement Date: 12/01/2005 to 12/31/2005

REDACTED

PENNALUNA & COMPANY
421 Sherman Avenue - - Suite 203 · Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

## CASH AND CASH EQUIVALENTS 0.02%

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| PRIME FUND - CAPITAL RESERVES CLASS<br>7 DAY AVG NET YIELD 3.42%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | FPRXX<br>CASH | 1.49 | $1.00 | $1.49 | $1.49 | |
| **Total Cash and Cash Equivalents** | | | | $1.49 | | |

## EQUITIES 99.98%

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **Equity** | | | | | | |
| INDIGENOUS GLOBAL DEV CORP | IGDC<br>RESSTK | 100,000 | $0.07 | $7,000.00 | $8,500.00 | |
| INTERFOUNDRY INC COM NEW | ITFY<br>CASH | 67 | $0.006 | $0.40 | $0.40 | |
| **Total Equity** | | | | $7,000.40 | | |
| **Total Equities** | | | | $7,000.40 | | |
| **Total Securities** | | | | $7,000.40 | | |
| **TOTAL PORTFOLIO VALUE** | | | | $7,001.89 | | |

## ACCOUNT ACTIVITY



*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Account Number: [redacted]8138
Account Name: UNITED NAT

Statement Date: 12/01/2005 to 12/31/2005

REDACTED

PENNALUNA & COMPANY
421 Sherman Avenue - - Suite 203 · Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

## MESSAGES

To avoid delays, please make your checks out to 'NFS' or 'National Financial Services'. Have you sent your 2005 IRA contribution?
You have until April 15, 2006. Your IRS forms 1099 tax information for 2005 will be mailed later this month.
Pennaluna is Celebrating 80 years in business - thank you for making it.

Free credit balances, FCBs, in your taxable Income Account, dividends, interest and capital gains, may earn a variable rate of taxable interest paid at the discretion of your broker/dealer and/or NFS. NFS reserves the right to change the rate of interest at any time without notice. The interest paid is determined by averaging the daily credit balances during the interest period. FCBs are not aggregated with free credit balances in your Core Account for purposes of determining the interest rate payable in either account. Interest is paid on the first business day following the 20th day of each month. Interest accrued during the interest period less than $.01 will not be paid. FCBs are applied first against any existing cash debit balances with NFS and the remainder paid out to you.



*Account carried with National Financial Services LLC, Member NYSE, SIPC*

# EXHIBIT 2

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT

October 31, 2005 to
November 30, 2005

REDACTED

00946 4336533 001 008137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

YOUR ACCOUNT
[redacted]132
UNITED NATIVE DEPOSITORY CORP

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

**Effective January 15, 2006, please note the following changes regarding accounts carried at NF Clearing, Inc.:** Securities in accounts carried by NF Clearing, Inc., (NFC) are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, please see www.sipc.org. NFC will no longer provide excess coverage for cash and covered securities to supplement coverage provided by SIPC. Coverage does not protect against a decline in the market value of securities.

## Total value of your account on Nov 30, 2005

| | |
|---|---|
| **Total value of your account on Nov 30, 2005** | **$0.00** |
| Cash account | $0.00 |

## Summary of your income

| **Taxable income** | This period | Year-to-date |
|---|---|---|
| Money market dividends | - | $19.90 |
| **Total taxable income** | | **$19.90** |
| **Total income your investments have earned** | | **$19.90** |

00946 4336533 001892 002987 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

**October 31, 2005 to**
**November 30, 2005**

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 11/07/05 | REVERSE SPLIT | INTERFOUNDRY INC-REV SPLIT R/S SEE 45867F202 REV SPLIT RE013 | (20,313) | | |
| 11/07/05 | REVERSE SPLIT | INTERFOUNDRY INC COM NEW FROM CUSIP 45867F103 RE013 | 67 | | |
| 11/07/05 | REVERSE SPLIT | INTERFOUNDRY INC COM NEW FROM CUSIP 45867F103 RE013 | 0.71 | | |
| 11/08/05 | RECEIVED | INTERFOUNDRY INC COM NEW FROM CUSIP 45867F103 RE013 | 1 | | |
| 11/08/05 | DELIVERED | INTERFOUNDRY INC COM NEW | (1) | | |
| 11/08/05 | CASH IN LIEU | INTERFOUNDRY INC COM NEW NO CIL FOR FRACTIONS RE013 | (0.71) | | |
| 11/16/05 | DELIVERED | INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) TFR TO NFS | (100,000) | | |
| 11/21/05 | DELIVERED | INTERFOUNDRY INC COM NEW TFR TO NFS | (67) | | |
| 11/21/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 1.49 |
| 11/21/05 | CASH DISBURSEMENT | TFR TO NFS | | | (1.49) |

## About your statement

*In this statement, 'you' and 'your' mean the account holder. "NFC" means NF Clearing, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. NFC receives security prices and tax status from an independent source. While NFC considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) NFC sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
NFC does not receive remuneration for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. NFC executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.
**Dividends**
NFC acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact NFC in writing.

You can view an NFC Statement of Financial Condition in person at its offices, or ask NFC to mail you a copy.

NF Clearing, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**NFC cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
NF Clearing does not replace certificates. NF Clearing replaces only transfer and ship non-receipts for up to one year. NF Clearing will also replace stock certificates in transit to NF Clearing if NF Clearing is in non-receipt. All other losses are at the client's expense.

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT

October 31, 2005 to
November 30, 2005

YOUR ACCOUNT
[redacted]6132
UNITED NATIVE DEPOSITORY CORP

REDACTED

**Education and Protection**
We are required by NASD Conduct Rule 2280 to provide you with information about the availability of information through the NASD's Public Disclosure Program. Please be advised that the NASD offers an investor brochure describing the Public Disclosure Program. The investor brochure may be obtained on the NASD website (www.nasdr.com) or through the NASD Public Disclosure Hotline (800) 289-9999.

**The following information pertains to clients that currently have a Margin Account.**

**Margin Account Disclosure** This information is being furnished to provide some basic facts about purchasing securities on margin, and to alert you to the risks involved with the securities in a margin account. Before trading on margin, you should carefully review the margin agreement provided. Securities purchased on margin are the firm's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan. As a result, the firm can take action, such as issue a margin call and / or sell securities or other assets in any accounts held with the member in order to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin..

These risks include:
*You can lose more funds than you deposit in the margin account.
*The firm can force the sale of securities or other assets in your account(s).
*The firm can sell your securities or other assets without contacting you.
*You are not entitled to choose which securities or other assets in your account(s) that are liquidated or sold to meet a margin call.
*The firm can increase its 'house' maintenance margin requirement at any time and is not required to provide advanced written notice.
*You are not entitled to an extension of time on a margin call.

**Disclosure of Order Routing Practices**
Upon your request, NF Clearing will provide you with the name of the market center or exchange to which a specific equity security or option security order was routed for execution. The specific order must have been processed within the past six (6) months from the date of your request. Please contact your Broker Dealer directly to request this Information or visit www.nationalfinancial.com/fsvacquisition for NF Clearing's overall order routing information

00946 4336533 001893 002989 00002/00002

**PENNALUNA & COMPANY**
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
**September 30, 2005 to October 31, 2005**

REDACTED

03783 4315079 001 008137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

YOUR REPRESENTATIVE
**MARK DILLON**
**REP ID: 1657**

| **Total value of your account on Oct 31, 2005** | **$14,407.75** |
|---|---|
| Cash account | $14,407.75 |

| **Asset allocation** | September 30, 2005 | October 31, 2005 |
|---|---|---|
| **Cash and equivalents** | $1.49 | $1.49 |
| **Equities** | $17,060.93 | $14,406.26 |
| **Total assets** | **$17,062.42** | **$14,407.75** |
| **Total value of your account** | **$17,062.42** | **$14,407.76** |







## Summary of your income

| **Taxable income** | This period | Year-to-date |
|---|---|---|
| Money market dividends | | $19.90 |
| **Total taxable income** | | **$19.90** |
| **Total income your investments have earned** | | **$19.90** |

03783 4315079 004031 007888 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

**September 30, 2005 to**
**October 31, 2005**

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Your investments cash account

| | | Quantity | Price on 10/31/05 ($) | Value on 10/31/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 1.49 | | 2.85 |
| **Total cash and equivalents** | | | | 1.49 | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | #REST IGDC | 100,000 | 0.1400 | 14,000.00 | | |
| INTERFOUNDRY INC | IFDY | 20,313 | 0.0200 | 406.26 | | |
| **Total stocks and related options** | | | | 14,406.26 | | |
| **Total equities** | | | | 14,406.26 | | |
| **Value of your cash account** | | | | 14,407.75 | | |
| **Total value of your account** | | | | $14,407.75 | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 10/18/05 | EXCHANGE | SOUTHERN STS PWR INC COM NEW N/C INTERFOUNDRY INC-45867F103 NAME CHANGE RE013 | (20,313) | | |
| 10/18/05 | EXCHANGE | INTERFOUNDRY INC FROM CUSIP 84389R204 RE013 | 20,313 | | |

## About your statement

*In this statement, "you" and "your" mean the account holder, "NFC" means NF Clearing, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. NFC receives security prices and tax status from an independent source. While NFC considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) NFC sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**

PENNALUNA & COMPANY
421 Sherman Avenue -- Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT

September 30, 2005 to
October 31, 2005

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## About your statement cont'd

This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact NFC.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. NFC may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
NFC does not receive remuneration for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. NFC executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends**
NFC acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact NFC in writing.

You can view an NFC Statement of Financial Condition in person at its offices, or ask NFC to mail you a copy.

NF Clearing, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**NFC cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
NF Clearing does not replace certificates. NF Clearing replaces only transfer and ship non-receipts for up to one year. NF Clearing will also replace stock certificates in transit to NF Clearing if NF Clearing is in non-receipt. All other losses are at the client's expense.

03783 4315079 004032 007890 00002/00002

**PENNALUNA & COMPANY**
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
**June 30, 2005 to September 30, 2005**

REDACTED

YOUR ACCOUNT
**[redacted]8132**
**UNITED NATIVE DEPOSITORY CORP**

YOUR REPRESENTATIVE
**MARK DILLON**
**REP ID: 1657**

01042 4291909 001 008137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

## Total value of your account on Sept 30, 2005

| | |
|---|---|
| **Total value of your account on Sept 30, 2005** | **$17,062.42** |
| Cash account | $17,062.42 |

## Asset allocation

| Asset allocation | June 30, 2005 | September 30, 2005 |
|---|---|---|
| **Cash and equivalents** | $1.49 | $1.49 |
| **Equities** | $9,040.62 | $17,060.93 |
| **Total assets** | **$9,042.11** | **$17,062.42** |
| **Total value of your account** | **$9,042.11** | **$17,062.42** |







## Summary of your income

| | This period | Year-to-date |
|---|---|---|
| **Taxable income** | | |
| Money market dividends | | $19.90 |
| **Total taxable income** | | **$19.90** |
| **Total income your investments have earned** | | **$19.90** |

01042 4291909 002084 003725 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

**June 30, 2005 to September 30, 2005**

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Your investments cash account

| | | Quantity | Price on 9/30/05 ($) | Value on 9/30/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 1.49 | | 2.69 |
| **Total cash and equivalents** | | | | **1.49** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | **#REST IGDC** | 100,000 | 0.1700 | 17,000.00 | | |
| SOUTHERN STS PWR INC COM NEW | **SSTP** | 20,313 | 0.0030 | 60.93 | | |
| **Total stocks and related options** | | | | **17,060.93** | | |
| **Total equities** | | | | **17,060.93** | | |
| **Value of your cash account** | | | | **17,062.42** | | |
| **Total value of your account** | | | | **$17,062.42** | | |

## About your statement

*In this statement, "you" and "your" mean the account holder. "NFC" means NF Clearing, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. NFC receives security prices and tax status from an independent source. While NFC considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) NFC sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**
This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact NFC.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. NFC may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

PENNALUNA & COMPANY
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
June 30, 2005 to
September 30, 2005

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## About your statement contd

You can view an NFC Statement of Financial Condition in person at its offices, or ask NFC to mail you a copy.

NF Clearing, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**NFC cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
NF Clearing does not replace certificates. NF Clearing replaces only transfer and ship non-receipts for up to one year. NF Clearing will also replace stock certificates in transit to NF Clearing if NF Clearing is in non-receipt. All other losses are at the client's expense.

01042 4291909 002085 003727 00002/00002

YOUR BROKERAGE ACCOUNT STATEMENT

June 30, 2005 to
September 30, 2005

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

In lieu of providing a complete Statement of Financial Condition for NF Clearing, Inc. (NF), as of June 24, 2005, the notes to the Statement of Financial Condition relating to the firm's net capital is being provided, as required by the Securities and Exchange Commission's Release Number 34-42222.

NF is subject to the Uniform Net Capital Rule ("Rule") under the Securities Exchange Act of 1934 and has elected to compute its net capital under the "alternative" method of the Rule, which requires that NF maintain a minimum net capital equal to the greater of $1,500,000 or 2% of aggregate debit balances arising from customer transactions, as defined. At June 24, 2005, NF had net capital, as defined, of $146,127,000, which was $134,713,000 in excess of the minimum capital requirement. The Rule prohibits the withdrawal of capital if NF's net capital would be less than 5% of aggregate debit items after any such withdrawal. At June 24, 2005, NF's net capital was 25.41% of aggregate debit items. At July 29, 2005, NF had net capital, as defined, of $139,393,000, which was $127,824,000 in excess of the minimum net capital requirement and 23.92% of aggregate debit items.

Customers may obtain a complete copy of the NF Clearing, Inc. Statement of Financial Condition dated June 24,2005, by visiting our website at http://www.nationalfinancial.com/fsvacquisition/or by calling 1-888-655-8822. If you have any questions or need assistance in securing your copy, please contact your Investment Representative.

PENNALUNA & COMPANY
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
May 31, 2005 to
June 30, 2005

REDACTED

03626 4223177 001 008137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

| **Total value of your account on June 30, 2005** | **$9,042.11** |
|---|---|
| Cash account | $9,042.11 |

## Asset allocation

| | May 31, 2005 | June 30, 2005 |
|---|---|---|
| **Cash and equivalents** | $1.49 | $1.49 |
| **Equities** | $13,560.93 | $9,040.62 |
| **Total assets** | **$13,562.42** | **$9,042.11** |
| **Total value of your account** | **$13,562.42** | **$9,042.11** |







## Summary of your income

| | This period | Year-to-date |
|---|---|---|
| **Taxable income** | | |
| Money market dividends | | $19.90 |
| **Total taxable income** | | **$19.90** |
| **Total income your investments have earned** | | **$19.90** |

03626 4223177 004314 008004 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

**May 31, 2005 to June 30, 2005**

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Your investments cash account

| | | Quantity | Price on 6/30/05 ($) | Value on 6/30/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 1.49 | | 2.17 |
| **Total cash and equivalents** | | | | **1.49** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | #REST IGDC | 100,000 | 0.0900 | 9,000.00 | | |
| SOUTHERN STS PWR INC COM NEW | SSTP | 20,313 | 0.0020 | 40.62 | | |
| **Total stocks and related options** | | | | **9,040.62** | | |
| **Total equities** | | | | **9,040.62** | | |
| **Value of your cash account** | | | | **9,042.11** | | |
| **Total value of your account** | | | | **$9,042.11** | | |

## About your statement

*In this statement, "you" and "your" mean the account holder. "NFC" means NF Clearing, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. NFC receives security prices and tax status from an independent source. While NFC considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) NFC sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**
This section lists all of the investments you hold at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact NFC.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. NFC may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
May 31, 2005 to
June 30, 2005

YOUR ACCOUNT
[redacted]132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## About your statement cont'd

You can view an NFC Statement of Financial Condition in person at its offices, or ask NFC to mail you a copy.

NF Clearing, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**NFC cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
NF Clearing does not replace certificates. NF Clearing replaces only transfer and ship non-receipts for up to one year. NF Clearing will also replace stock certificates in transit to NF Clearing if NF Clearing is in non-receipt. All other losses are at the client's expense.

03626 4223177 004315 008006 00002/00002

YOUR BROKERAGE ACCOUNT STATEMENT

April 29, 2005 to
May 31, 2005

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

REDACTED

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

01348 4200910 001 008137 LDA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

| | |
|---|---|
| **Total value of your account on May 31, 2005** | **$13,562.42** |
| Cash account | $13,562.42 |

| Asset allocation | April 29, 2005 | May 31, 2005 |
|---|---|---|
| **Cash and equivalents** | $2,775.52 | $1.49 |
| **Equities** | $28,359.12 | $13,560.93 |
| **Total assets** | **$31,134.64** | **$13,562.42** |
| **Total value of your account** | **$31,134.64** | **$13,562.42** |







## Summary of your income

| **Taxable income** | This period | Year-to-date |
|---|---|---|
| Money market dividends | $2.58 | $19.90 |
| **Total taxable income** | **$2.58** | **$19.90** |
| **Total income your investments have earned** | **$2.58** | **$19.90** |

01348 4200910 001616 003016 00001/00002

Account carried with NF Clearing, Inc., a member of the NYSE, NASD and other principal exchanges. SIPC.

YOUR BROKERAGE ACCOUNT STATEMENT

**April 29, 2005 to**
**May 31, 2005**

# PENNALUNA & COMPANY

421 Sherman Avenue -- Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Your investments cash account

| | | Quantity | Price on 5/31/05 ($) | Value on 5/31/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 1.49 | | 2.07 |
| **Total cash and equivalents** | | | | **1.49** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | **#REST IGDC** | 100,000 | 0.1350 | 13,500.00 | | |
| SOUTHERN STS PWR INC COM NEW | **SSTP** | 20,313 | 0.0030 | 60.93 | | |
| **Total stocks and related options** | | | | **13,560.93** | | |
| **Total equities** | | | | **13,560.93** | | |
| **Value of your cash account** | | | | **13,562.42** | | |
| **Total value of your account** | | | | **$13,562.42** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 05/02/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 2,750.50 |
| 05/02/05 | CASH DISBURSEMENT | **Chk #419254** CK REQ - O/N | | | (2,750.50) |
| 05/03/05 | JOURNAL ENTRY | O/N FEE 5/2 | | | (15.00) |
| 05/04/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 15.00 |
| 05/06/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.1500 | 1,499.93 |
| 05/06/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (1,499.93) |
| 05/10/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (22,000) | 0.1520 | 3,343.86 |
| 05/10/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (3,343.86) |
| 05/11/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES | | | 0.75 |
| 05/11/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.75) |
| 05/11/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 4,854.56 |
| 05/11/05 | CASH DISBURSEMENT | **Chk #422416** CK REQ - FEDEX | | | (4,838.81) |
| 05/12/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (15.75) |
| 05/12/05 | JOURNAL ENTRY | O/N FEE 5/11 | | | (15.00) |
| 05/13/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 15.00 |
| 05/16/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (15,000) | 0.1420 | 2,129.91 |
| 05/16/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (2,129.91) |
| 05/17/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.1700 | 1,699.92 |
| 05/17/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (1,699.92) |

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
April 29, 2005 to
May 31, 2005

REDACTED
YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

## Activities in your account cash account cont'd

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 05/17/05 | CASH DISBURSEMENT | Chk #424502 CHECK REQUEST-FEDEX | | | (3,815.58) |
| 05/18/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 3,815.58 |
| 05/18/05 | JOURNAL ENTRY | O/N FEE 5/17 | | | (15.00) |
| 05/19/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES MTD EARNINGS, FULL LIQUIDATION | | | 0.34 |
| 05/19/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.34) |
| 05/19/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 15.34 |
| 05/19/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (0.34) |
| 05/20/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (31,790) | 0.1620 | 5,149.76 |
| 05/20/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (5,149.76) |
| 05/25/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES | | | 1.49 |
| 05/25/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (1.49) |
| 05/25/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 5,151.59 |
| 05/25/05 | CASH DISBURSEMENT | Chk #426749 CK REQ - FEDEX | | | (5,135.10) |
| 05/26/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (16.49) |
| 05/26/05 | JOURNAL ENTRY | O/N FEE 5/25 | | | (15.00) |
| 05/27/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 15.00 |

## About your statement

*In this statement, "you" and "your" mean the account holder. "NFC" means NF Clearing, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. NFC receives security prices and tax status from an independent source. While NFC considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) NFC sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**
This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact NFC.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. NFC may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

01348 4200910 001617 003018 00002/00002

YOUR BROKERAGE ACCOUNT STATEMENT

**April 29, 2005 to**
**May 31, 2005**

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
**UNITED NATIVE DEPOSITORY CORP**

REDACTED

## About your statement cont'd

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
NFC does not receive remuneration for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. NFC executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends**
NFC acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact NFC in writing.

You can view an NFC Statement of Financial Condition in person at its offices, or ask NFC to mail you a copy.

NF Clearing, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**NFC cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
NF Clearing does not replace certificates. NF Clearing replaces only transfer and ship non-receipts for up to one year. NF Clearing will also replace stock certificates in transit to NF Clearing if NF Clearing is in non-receipt. All other losses are at the client's expense.

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
March 31, 2005 to
April 29, 2005

REDACTED

00502 4179858 001 008137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

| **Total value of your account on Apr 29, 2005** | **$31,134.64** |
|---|---|
| Cash account | $31,134.64 |

| **Asset allocation** | March 31, 2005 | April 29, 2005 |
|---|---|---|
| **Cash and equivalents** | $1,700.71 | $2,775.52 |
| **Equities** | $38,894.30 | $28,359.12 |
| **Total assets** | **$40,595.01** | **$31,134.64** |
| **Total value of your account** | **$40,595.01** | **$31,134.64** |







## Summary of your income

| **Taxable income** | This period | Year-to-date |
|---|---|---|
| Money market dividends | $1.67 | $17.32 |
| **Total taxable income** | **$1.67** | **$17.32** |
| **Total income your investments have earned** | **$1.67** | **$17.32** |

00502 4179858 000799 001363 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

**March 31, 2005 to April 29, 2005**

PENNALUNA & COMPANY
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Your investments cash account

| | | Quantity | Price on 4/29/05 ($) | Value on 4/29/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 2,775.52 | | 1.86 |
| **Total cash and equivalents** | | | | **2,775.52** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | IGDC | 88,790 | 0.1500 | 13,318.50 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | #REST IGDC | 100,000 | 0.1500 | 15,000.00 | | |
| SOUTHERN STS PWR INC COM NEW | SSTP | 20,313 | 0.0020 | 40.62 | | |
| **Total stocks and related options** | | | | **28,359.12** | | |
| **Total equities** | | | | **28,359.12** | | |
| **Value of your cash account** | | | | **31,134.64** | | |
| **Total value of your account** | | | | **$31,134.64** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 04/01/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (20,000) | 0.1750 | 3,499.88 |
| 04/01/05 | BUY | SOUTHERN STS PWR INC COM NEW | 20,313 | 0.0020 | (80.63) |
| 04/01/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (3,419.25) |
| 04/05/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES | | | 1.03 |
| 04/05/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (1.03) |
| 04/05/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 5,120.99 |
| 04/05/05 | CASH DISBURSEMENT | **Chk #409165** CK REQ - OVERNIGHT | | | (5,105.99) |
| 04/06/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (15.00) |
| 04/06/05 | JOURNAL ENTRY | O/N FEE 4/5 | | | (15.00) |
| 04/07/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 15.00 |
| 04/13/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (5,000) | 0.1610 | 804.96 |
| 04/13/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (804.96) |
| 04/13/05 | JOURNAL ENTRY | O/N FEE | | | (15.00) |
| 04/13/05 | CASH DISBURSEMENT | **Chk #412459** CHECK REQUEST-OVERNIGHT | | | (789.96) |
| 04/14/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES MTD EARNINGS, FULL LIQUIDATION | | | 0.04 |
| 04/14/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.04) |
| 04/14/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 805.00 |
| 04/14/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (0.04) |
| 04/27/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (15,000) | 0.1850 | 2,774.88 |

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT

REDACTED

March 31, 2005 to April 29, 2005

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

## Activities in your account cash account cont'd

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 04/27/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (2,774.88) |
| 04/29/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES ACCUMULATED EARNINGS POSTED | | | 0.60 |
| 04/29/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.60) |

## About your statement

*In this statement, "you" and "your" mean the account holder. "FSI" means Fiserv Securities, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. FSI receives security prices and tax status from an independent source. While FSI considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) FSI sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**
This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact FSI.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. FSI may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
FSI receives remuneration on a cents per share basis for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. This remuneration is considered compensation for FSI. The source and amount of any remuneration FSI receives in connection with your transaction will be disclosed upon your request. FSI executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends**
FSI acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact FSI in writing.

You can view an FSI Statement of Financial Condition in person at its offices, or ask FSI to mail you a copy.

Fiserv Securities, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**FSI cash account**
You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
Fiserv Securities does not replace certificates. Fiserv Securities replaces only transfer and ship non-receipts for up to one year. Fiserv Securities will also replace stock certificates in transit to Fiserv Securities, if Fiserv Securities is in non-receipt. All other losses are at the client's expense.

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472


YOUR BROKERAGE ACCOUNT STATEMENT
January 31, 2005 to
March 31, 2005

REDACTED

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

09590 4158270 001 008137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

| **Total value of your account on Mar 31, 2005** | **$40,695.01** |
|---|---|
| Cash account | $40,595.01 |

| **Asset allocation** | January 31, 2005 | March 31, 2005 |
|---|---|---|
| **Cash and equivalents** | $8,040.77 | $1,700.71 |
| **Equities** | $69,661.20 | $38,894.30 |
| **Total assets** | **$77,701.97** | **$40,695.01** |
| **Total value of your account** | **$77,701.97** | **$40,695.01** |







## Summary of your income

| **Taxable Income** | This period | Year-to-date |
|---|---|---|
| Money market dividends | $10.09 | $15.65 |
| **Total taxable income** | **$10.09** | **$15.65** |
| **Total income your investments have earned** | **$10.09** | **$15.65** |

09590 4158270 019269 034934 00001/00003

YOUR BROKERAGE ACCOUNT STATEMENT

**January 31, 2005 to March 31, 2005**

# PENNALUNA & COMPANY

421 Sherman Avenue -- Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
**UNITED NATIVE DEPOSITORY CORP**

REDACTED

## Your investments cash account

| | | Quantity | Price on 3/31/05 ($) | Value on 3/31/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 1,700.71 | | 1.70 |
| **Total cash and equivalents** | | | | **1,700.71** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | **IGDCE** | 128,790 | 0.1700 | 21,894.30 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | **#REST IGDC** | 100,000 | 0.1700 | 17,000.00 | | |
| **Total stocks and related options** | | | | **38,894.30** | | |
| **Total equities** | | | | **38,894.30** | | |
| **Value of your cash account** | | | | **40,595.01** | | |
| **Total value of your account** | | | | **$40,595.01** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 02/28/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES ACCUMULATED EARNINGS POSTED | | | 9.32 |
| 02/28/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (9.32) |
| 03/01/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 8,050.09 |
| 03/01/05 | CASH DISBURSEMENT | **Chk #397462** CHECK REQUEST-OVERNIGHT | | | (8,035.09) |
| 03/02/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (15.00) |
| 03/02/05 | JOURNAL ENTRY | O/N FEE 3/1 | | | (15.00) |
| 03/03/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 15.00 |
| 03/11/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.1900 | 1,899.93 |
| 03/11/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (1,899.93) |
| 03/16/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES | | | 0.44 |
| 03/16/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.44) |
| 03/16/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 1,900.37 |
| 03/16/05 | CASH DISBURSEMENT | **Chk #403026** CK REQ - OVERNIGHT | | | (1,884.93) |
| 03/17/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (15.44) |
| 03/17/05 | JOURNAL ENTRY | O/N FEE 3/16 | | | (15.00) |
| 03/18/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 15.00 |
| 03/28/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.1700 | 1,699.94 |
| 03/28/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (1,699.94) |
| 03/31/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES ACCUMULATED EARNINGS POSTED | | | 0.33 |
| 03/31/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.33) |

PENNALUNA & COMPANY
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
January 31, 2005 to March 31, 2005

REDACTED

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

## Activities in your account cash account cont'd

### Trades settling next period cash account

These orders were filled on the date below but haven't yet settled. They will appear in your activities on your next statement.

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 03/29/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | 20,000 | 0.18 | 3,499.88 |
| 03/29/05 | BUY | SOUTHERN STS PWR INC COM NEW | 20,313 | 0.00 | (80.63) |

## About your statement

*In this statement, "you" and "your" mean the account holder. "FSI" means Fiserv Securities, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. FSI receives security prices and tax status from an independent source. While FSI considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal-income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) FSI sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**
This section lists all of the investments you hold at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact FSI.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. FSI may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Foreign securities and foreign currency**
Investing in foreign securities and/or foreign currency involves risks that are not typically associated with investing only in the United States. These include changes in foreign exchange rates, political and economic uncertainties in foreign countries, a potential lack of liquidity, and government supervision and regulation, all of which can magnify the volatility of these securities.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
FSI receives remuneration on a cents per share basis for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. This remuneration is considered compensation for FSI. The source and amount of any remuneration FSI receives in connection with your transaction will be disclosed upon your request. FSI executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends**
FSI acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact FSI in writing.

**Trades settling next period**
This gives you details about orders that were filled but not settled at the end of the statement period.

You can view an FSI Statement of Financial Condition in person at its offices, or ask FSI to mail you a copy.

Fiserv Securities, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

09590 4158270 019270 034936 00002/00003

PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## About your statement cont'd

## About your account

**FSI cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**

Fiserv Securities does not replace certificates. Fiserv Securities replaces only transfer and ship non-receipts for up to one year. Fiserv Securities will also replace stock certificates in transit to Fiserv Securities, if Fiserv Securities is in non-receipt. All other losses are at the client's expense.

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT

January 31, 2005 to
March 31, 2005

REDACTED

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

Statement of Financial Condition

In lieu of providing a complete Statement of Financial Condition for Fiserv Securities, Inc. (FSI), as of December 31, 2004, the footnote to the Statement of Financial Condition relating to the firm's net capital is being provided, as required by the Securities and Exchange Commission's Release Number 34-42222. FSI is subject to the Uniform Net Capital Rule ("Rule") under the Securities Exchange Act of 1934 and has elected to compute its net capital under the "alternative" method of the Rule, which requires that FSI maintain a minimum net capital equal to the greater of $1,500,000 or 2% of aggregate debit balances arising from customer transactions, as defined. At December 31,2004, FSI had net capital, as defined, of $125,259,000, which was $99,190,000 in excess of the minimum net capital requirement. The Rule prohibits the withdrawal of capital if FSI's net capital would be less than 5% of aggregate debit items after any such withdrawal. At December 31,2004, FSI's net capital was 9.61% of aggregate debit items. Customers may obtain a complete copy of the Fiserv Securities, Inc. Statement of Financial Condition dated December 31,2004, by visiting our website at http://www. fiservsecurities.com or by calling 1-877-294-1444. If you have any questions or need assistance in securing your copy, please contact your Investment Representative.

09590 4158270 019271 034938 00003/00003

PENNALUNA & COMPANY
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
December 31, 2004 to
January 31, 2005

REDACTED

YOUR ACCOUNT
[redacted]132
UNITED NATIVE DEPOSITORY CORP

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

00471 4117600 001 008137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

| Total value of your account on Jan 31, 2005 | $77,701.97 |
|---|---|
| Cash account | $77,701.97 |

| Asset allocation | December 31, 2004 | | January 31, 2005 |
|---|---|---|---|
| Cash and equivalents | $0.22 | | $8,040.77 |
| Equities | $108,190.00 | 100.00% | $69,661.20 |
| Total assets | $108,190.22 | 100.00% | $77,701.97 |
| Total value of your account | $108,190.22 | | $77,701.97 |




## Summary of your income

| Taxable income | This period | Year-to-date |
|---|---|---|
| Money market dividends | $5.56 | $5.56 |
| Total taxable income | $5.56 | $5.56 |
| Total income your investments have earned | $5.56 | $5.56 |

00471 4117600 000748 001278 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

**December 31, 2004 to January 31, 2005**

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Your investments cash account

| | | Quantity | Price on 1/31/05 ($) | Value on 1/31/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 8,040.77 | | 1.30 |
| **Total cash and equivalents** | | | | **8,040.77** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | **IGDC** | 148,790 | 0.2800 | 41,661.20 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | **#REST IGDC** | 100,000 | 0.2800 | 28,000.00 | | |
| **Total stocks and related options** | | | | **69,661.20** | | |
| **Total equities** | | | | **69,661.20** | | |
| **Value of your cash account** | | | | **77,701.97** | | |
| **Total value of your account** | | | | **$77,701.97** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 01/03/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.2900 | 2,899.93 |
| 01/03/05 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (2,899.93) |
| 01/04/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.3200 | 3,199.92 |
| 01/04/05 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (3,199.92) |
| 01/05/05 | JOURNAL ENTRY | O/N FEE | | | (15.00) |
| 01/05/05 | DISBURSEMENT | **Chk #374244** FEDEX TO CUSTOMER | | | (6,085.38) |
| 01/06/05 | TAXABLE MNY DIV | FEDERATED PRIME CASH SERIES MTD EARNINGS, FULL LIQUIDATION | | | 0.52 |
| 01/06/05 | TAXABLE MNY DIV | EARNINGS REINVESTED | | | (0.52) |
| 01/06/05 | SWEEP | SWEPT FR FEDERATED PRIME CASH | | | 6,100.59 |
| 01/06/05 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (0.21) |
| 01/10/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (5,210) | 0.2700 | 1,406.66 |
| 01/10/05 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (1,406.66) |
| 01/11/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (16,000) | 0.2750 | 4,399.89 |
| 01/11/05 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (4,399.89) |
| 01/12/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (20,000) | 0.2500 | 4,999.83 |
| 01/12/05 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (4,999.83) |
| 01/13/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.2700 | 2,699.91 |

PENNALUNA & COMPANY
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
December 31, 2004 to
January 31, 2005

REDACTED

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

## Activities in your account cash account cont'd

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 01/13/05 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (2,699.91) |
| 01/14/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 13,490.50 |
| 01/14/05 | DISBURSEMENT | Chk #378571 CK REQ - FEDEX | | | (13,490.50) |
| 01/18/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (19,000) | 0.2650 | 5,034.83 |
| 01/18/05 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (5,034.83) |
| 01/19/05 | JOURNAL ENTRY | O/N FEE | | | (15.00) |
| 01/20/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.3000 | 2,999.90 |
| 01/20/05 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (2,984.90) |
| 01/31/05 | TAXABLE MNY DIV | FEDERATED PRIME CASH SERIES ACCUMULATED EARNINGS POSTED | | | 5.04 |
| 01/31/05 | TAXABLE MNY DIV | EARNINGS REINVESTED | | | (5.04) |

## About your statement

*In this statement, 'you' and 'your' mean the account holder. "FSI" means Fiserv Securities, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. FSI receives security prices and tax status from an independent source. While FSI considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) FSI sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**

This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact FSI.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. FSI may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

00471 4117600 000749 001280 00002/00002

YOUR BROKERAGE ACCOUNT STATEMENT

December 31, 2004 to
January 31, 2005

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## About your statement cont'd

**Equity orders**
FSI receives remuneration on a cents per share basis for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. This remuneration is considered compensation for FSI. The source and amount of any remuneration FSI receives in connection with your transaction will be disclosed upon your request. FSI executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends**
FSI acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact FSI in writing.

You can view an FSI Statement of Financial Condition in person at its offices, or ask FSI to mail you a copy.

Fiserv Securities, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**FSI cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
Fiserv Securities does not replace certificates. Fiserv Securities replaces only transfer and ship non-receipts for up to one year. Fiserv Securities will also replace stock certificates in transit to Fiserv Securities, if Fiserv Securities is in non-receipt. All other losses are at the client's expense.

**PENNALUNA & COMPANY**
421 Sherman Avenue -- Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
November 30, 2004 to
December 31, 2004

REDACTED

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

02055 4004753 001 008137 LDA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

| | |
|---|---|
| **Total value of your account on Dec 31, 2004** | $108,190.22 |
| Cash account | $108,190.22 |

| **Asset allocation** | November 30, 2004 | | December 31, 2004 | |
|---|---|---|---|---|
| **Cash and equivalents** | $0.22 | | $0.22 | |
| **Equities** | $164,030.00 | 100.00% | $108,190.00 | 100.00% |
| **Total assets** | $164,030.22 | 100.00% | $108,190.22 | 100.00% |
| **Total value of your account** | $164,030.22 | | $108,190.22 | |

| **Summary of your income** | This period | Year-to-date |
|---|---|---|
| **Taxable income** | | |
| Money market dividends | | $12.40 |
| **Total taxable income** | | $12.40 |
| **Total income your investments have earned** | | $12.40 |

YOUR BROKERAGE ACCOUNT STATEMENT

November 30, 2004 to
December 31, 2004

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Your investments cash account

| | | Quantity | Price on 12/31/04 ($) | Value on 12/31/04 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 0.22 | | 1.14 |
| **Total cash and equivalents** | | | | 0.22 | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | IGDC | 249,000 | 0.3100 | 77,190.00 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | #REST IGDC | 100,000 | 0.3100 | 31,000.00 | | |
| **Total stocks and related options** | | | | 108,190.00 | | |
| **Total equities** | | | | 108,190.00 | | |
| **Value of your cash account** | | | | 108,190.22 | | |
| **Total value of your account** | | | | $108,190.22 | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 12/01/04 | SWEEP | SWEPT FR FEDERATED PRIME CASH | | | 15.00 |

### Trades settling next period cash account

These orders were filled on the date below but haven't yet settled. They will appear in your activities on your next statement.

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 12/29/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | 10,000 | 0.29 | 2,899.93 |
| 12/30/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | 10,000 | 0.32 | 3,199.92 |

## About your statement

*In this statement, "you" and "your" mean the account holder. "FSI" means Fiserv Securities, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. FSI receives security prices and tax status from an independent source. While FSI considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into those categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT

REDACTED

November 30, 2004 to December 31, 2004

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

## About your statement cont'd

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) FSI sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**

This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact FSI.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash. Interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. FSI may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. 'U' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Foreign securities and foreign currency**
Investing in foreign securities and/or foreign currency involves risks that are not typically associated with investing only in the United States. These include changes in foreign exchange rates, political and economic uncertainties in foreign countries, a potential lack of liquidity, and government supervision and regulation, all of which can magnify the volatility of these securities.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
FSI receives remuneration on a cents per share basis for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. This remuneration is considered compensation for FSI. The source and amount of any remuneration FSI receives in connection with your transaction will be disclosed upon your request. FSI executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends**
FSI acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact FSI in writing.

**Trades settling next period**
This gives you details about orders that were filled but not settled at the end of the statement period.

You can view an FSI Statement of Financial Condition in person at its offices, or ask FSI to mail you a copy.

Fiserv Securities, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 638-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**FSI cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
Fiserv Securities does not replace certificates. Fiserv Securities replaces only transfer and ship non-receipts for up to one year. Fiserv Securities will also replace stock certificates in transit to Fiserv Securities, if Fiserv Securities is in non-receipt. All other losses are at the client's expense.

02055 4004753 003017 005222 00002/00002

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
**October 29, 2004 to November 30, 2004**

REDACTED

YOUR ACCOUNT
**[redacted]8132**
**UNITED NATIVE DEPOSITORY CORP**

YOUR REPRESENTATIVE
**MARK DILLON**
**REP ID: 1657**

00562 0161095 001 008137 LDA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

| **Total value of your account on Nov 30, 2004** | **$164,030.22** |
|---|---|
| Cash account | $164,030.22 |

Please note New Incoming Wire Instructions Effective November 1, 2004
**Bank ABA #:** 021000021 **Bank Name:** JP Morgan Chase
**Bank Address:** 270 Park Avenue, New York, New York
**Bank Acct #:** 066911524
**Bank Acct Name:** Fiserv Securities, Inc. Main Operations Account
**For Further Credit Information:** (Client Account Number and name should be noted here)

| **Asset allocation** | October 29, 2004 | | November 30, 2004 | |
|---|---|---|---|---|
| **Cash and equivalents** | $0.00 | | $0.22 | |
| **Equities** | $108,360.00 | 100.00% | $164,030.00 | 100.00% |
| **Total assets** | **$108,360.00** | **100.00%** | **$164,030.22** | **100.00%** |
| **Total value of your account** | **$108,360.00** | | **$164,030.22** | |

## Summary of your income

| **Taxable income** | This period | Year-to-date |
|---|---|---|
| Money market dividends | $2.11 | $12.40 |
| **Total taxable income** | **$2.11** | **$12.40** |
| **Total income your investments have earned** | **$2.11** | **$12.40** |

00562 0161095 000886 001518 00001/00002

Account carried with Fiserv Securities, Inc., a member of the NYSE, NASD and other principal exchanges, SIPC.

YOUR BROKERAGE ACCOUNT STATEMENT

October 29, 2004 to
November 30, 2004

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Your investments cash account

| | | Quantity | Price on 11/30/04 ($) | Value on 11/30/04 ($) | Est. annual Income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| CASH | | | | (15.00) | | |
| FEDERATED PRIME CASH SERIES | | | | 15.22 | | 0.95 |
| **Total cash and equivalents** | | | | **0.22** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | **IGDCE** | 249,000 | 0.4700 | 117,030.00 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | **#REST IGDC** | 100,000 | 0.4700 | 47,000.00 | | |
| **Total stocks and related options** | | | | **164,030.00** | | |
| **Total equities** | | | | **164,030.00** | | |
| **Value of your cash account** | | | | **164,030.22** | | |
| **Total value of your account** | | | | **$164,030.22** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 11/01/04 | SWEEP | SWEPT FR FEDERATED PRIME CASH | | | 15.00 |
| 11/05/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (40,000) | 0.2000 | 7,999.81 |
| 11/05/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (7,999.81) |
| 11/08/04 | TAXABLE MNY DIV | FEDERATED PRIME CASH SERIES | | | 0.58 |
| 11/08/04 | TAXABLE MNY DIV | EARNINGS REINVESTED | | | (0.58) |
| 11/08/04 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 8,000.39 |
| 11/08/04 | JOURNAL ENTRY | O/N FEE | | | (15.00) |
| 11/08/04 | DISBURSEMENT | **Chk #348615** CHECK REQUEST-OVERNIGHT | | | (7,985.39) |
| 11/10/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (5,000) | 0.2100 | 1,049.97 |
| 11/10/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (1,049.97) |
| 11/15/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (12,000) | 0.2300 | 2,759.93 |
| 11/15/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (2,759.93) |
| 11/16/04 | TAXABLE MNY DIV | FEDERATED PRIME CASH SERIES | | | 0.24 |
| 11/16/04 | TAXABLE MNY DIV | EARNINGS REINVESTED | | | (0.24) |
| 11/16/04 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 3,810.14 |
| 11/16/04 | JOURNAL ENTRY | O/N FEE | | | (15.00) |
| 11/16/04 | DISBURSEMENT | **Chk #351424** CHECK REQUEST-OVERNIGHT | | | (3,795.14) |
| 11/18/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.2700 | 2,699.93 |
| 11/18/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (25,000) | 0.2500 | 6,249.85 |

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT

October 29, 2004 to
November 30, 2004

REDACTED

YOUR ACCOUNT
[redacted]3132
UNITED NATIVE DEPOSITORY CORP

## Activities in your account cash account cont'd

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 11/18/04 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 8,949.78 |
| 11/18/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (8,949.78) |
| 11/18/04 | JOURNAL ENTRY | FEDEX FEE | | | (15.00) |
| 11/18/04 | DISBURSEMENT | **Chk #352726** FEDEX TO ALT ADDRESS | | | (25,424.39) |
| 11/18/04 | JOURNAL ENTRY | PREPAYMENT FEE NY46 | | | (10.00) |
| 11/19/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (55,000) | 0.3000 | 16,499.61 |
| 11/24/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.3800 | 3,799.91 |
| 11/24/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.4000 | 3,999.90 |
| 11/24/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (7,799.81) |
| 11/29/04 | DISBURSEMENT | **Chk #356156** CHECK REQUEST-OVERNIGHT | | | (7,785.88) |
| 11/30/04 | TAXABLE MNY DIV | FEDERATED PRIME CASH SERIES ACCUMULATED EARNINGS POSTED | | | 1.29 |
| 11/30/04 | TAXABLE MNY DIV | EARNINGS REINVESTED | | | (1.29) |
| 11/30/04 | SWEEP | SWEPT FR FEDERATED PRIME CASH | | | 7,785.88 |
| 11/30/04 | JOURNAL ENTRY | O/N FEE 11/29 | | | (15.00) |

## About your statement

*In this statement, "you" and "your" mean the account holder. "FSI" means Fiserv Securities, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. FSI receives security prices and tax status from an independent source. While FSI considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) FSI sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**
This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact FSI.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. FSI may use this cash in its business according to the limits set out in 17 CRF 240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

00562 0161095 000887 001520 00002/00002

YOUR BROKERAGE ACCOUNT STATEMENT

**October 29, 2004 to**
**November 30, 2004**

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
**UNITED NATIVE DEPOSITORY CORP**

REDACTED

## About your statement cont'd

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
FSI receives remuneration on a cents per share basis for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. This remuneration is considered compensation for FSI. The source and amount of any remuneration FSI receives in connection with your transaction will be disclosed upon your request. FSI executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends**
FSI acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact FSI in writing.

You can view an FSI Statement of Financial Condition in person at its offices, or ask FSI to mail you a copy.

Fiserv Securities, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**FSI cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
Fiserv Securities does not replace certificates. Fiserv Securities replaces only transfer and ship non-receipts for up to one year. Fiserv Securities will also replace stock certificates in transit to Fiserv Securities, if Fiserv Securities is in non-receipt. All other losses are at the client's expense.

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
**September 30, 2004 to**
REDACTED **October 29, 2004**

YOUR ACCOUNT
**[redacted]8132**
**UNITED NATIVE DEPOSITORY CORP**

YOUR REPRESENTATIVE
**MARK DILLON**
**REP ID: 1657**

00814 0133268 001 008137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

| | |
|---|---|
| **Total value of your account on Oct 29, 2004** | **$108,360.00** |
| Cash account | $108,360.00 |

Please note New Incoming Wire Instructions Effective November 1, 2004
**Bank ABA #:** 021000021 **Bank Name:** JP Morgan Chase
**Bank Address:** 270 Park Avenue, New York, New York
**Bank Acct #:** 066911524
**Bank Acct Name:** Fiserv Securities, Inc. Main Operations Account
**For Further Credit Information:** (Client Account Number and name should be noted here)

## Asset allocation

| | September 30, 2004 | | October 29, 2004 | |
|---|---|---|---|---|
| **Cash and equivalents** | $10,457.37 | 5.50% | $0.00 | |
| **Equities** | $179,520.00 | 94.50% | $108,360.00 | 100.00% |
| **Total assets** | **$189,977.37** | **100.00%** | **$108,360.00** | **100.00%** |
| **Total value of your account** | **$189,977.37** | | **$108,360.00** | |

## Summary of your income

| **Taxable income** | This period | Year-to-date |
|---|---|---|
| Money market dividends | $5.36 | $10.29 |
| **Total taxable income** | **$5.36** | **$10.29** |
| **Total income your investments have earned** | **$5.36** | **$10.29** |

Account carried with Fiserv Securities, Inc., a member of the NYSE, NASD and other principal exchanges, SIPC

YOUR BROKERAGE ACCOUNT STATEMENT

**September 30, 2004 to**
**October 29, 2004**

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
**[redacted]132**
**UNITED NATIVE DEPOSITORY CORP**

REDACTED

## Your investments cash account

| | | Quantity | Price on 10/29/04 ($) | Value on 10/29/04 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| CASH | | | | (15.00) | | |
| FEDERATED PRIME CASH SERIES | | | | 15.00 | | 0.79 |
| **Total cash and equivalents** | | | | **0.00** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | **IGDC** | 416,000 | 0.2100 | 87,360.00 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | **#REST IGDC** | 100,000 | 0.2100 | 21,000.00 | | |
| **Total stocks and related options** | | | | **108,360.00** | | |
| **Total equities** | | | | **108,360.00** | | |
| **Value of your cash account** | | | | **108,360.00** | | |
| **Total value of your account** | | | | **$108,360.00** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 10/13/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (50,000) | 0.2100 | 10,499.75 |
| 10/13/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (10,499.75) |
| 10/18/04 | JOURNAL ENTRY | O/N FEE | | | (15.00) |
| 10/18/04 | DISBURSEMENT | **Chk #341427** CHECK REQUEST-OVERNIGHT | | | (20,942.12) |
| 10/19/04 | TAXABLE MNY DIV | FEDERATED PRIME CASH SERIES MTD EARNINGS, FULL LIQUIDATION | | | 5.36 |
| 10/19/04 | TAXABLE MNY DIV | EARNINGS REINVESTED | | | (5.36) |
| 10/19/04 | SWEEP | SWEPT FR FEDERATED PRIME CASH | | | 20,962.48 |
| 10/19/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (5.36) |
| 10/28/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (250,000) | 0.1910 | 47,748.88 |
| 10/28/04 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 47,754.24 |
| 10/28/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (47,748.88) |
| 10/28/04 | DISBURSEMENT | **Chk #344775** CK REQUEST-OVERNIGHT | | | (47,739.24) |
| 10/29/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (15.00) |
| 10/29/04 | JOURNAL ENTRY | O/N FEE 10/27 | | | (15.00) |

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT

**September 30, 2004 to October 29, 2004**

REDACTED

YOUR ACCOUNT
[redacted]8132
**UNITED NATIVE DEPOSITORY CORP**

## About your statement

*In this statement, "you" and "your" mean the account holder. "FSI" means Fiserv Securities, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. FSI receives security prices and tax status from an independent source. While FSI considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) FSI sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**

This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact FSI.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. FSI may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
FSI receives remuneration on a cents per share basis for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. This remuneration is considered compensation for FSI. The source and amount of any remuneration FSI receives in connection with your transaction will be disclosed upon your request. FSI executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends**
FSI acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact FSI in writing.

You can view an FSI Statement of Financial Condition in person at its offices, or ask FSI to mail you a copy.

Fiserv Securities, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**FSI cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
Fiserv Securities does not replace certificates. Fiserv Securities replaces only transfer and ship non-receipts for up to one year. Fiserv Securities will also replace stock certificates in transit to Fiserv Securities, if Fiserv Securities is in non-receipt. All other losses are at the client's expense.

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
August 31, 2004 to
September 30, 2004

REDACTED

YOUR ACCOUNT
[redacted]132
UNITED NATIVE DEPOSITORY CORP

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

01196 0111244 001 006137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

| **Total value of your account on Sept 30, 2004** | **$189,977.37** |
|---|---|
| Cash account | $189,977.37 |

Fiserv Securities, Inc. is required by the NYSE and the NASD to distribute a Business Continuity Plan relating to an emergency or significant business disruption. In order to meet this obligation a letter explaining our Business Continuity Plan is available on our website located at www.fiservsecurities.com

## Asset allocation

| | August 31, 2004 | September 30, 2004 |
|---|---|---|
| **Cash and equivalents** | $7,626.11 | $10,457.37 |
| **Equities** | $280,000.00 | $179,520.00 |
| **Total assets** | **$287,626.11** | **$189,977.37** |
| **Total value of your account** | **$287,626.11** | **$189,977.37** |







## Summary of your income

| **Taxable income** | This period | Year-to-date |
|---|---|---|
| Money market dividends | $3.64 | $4.93 |
| **Total taxable income** | **$3.64** | **$4.93** |
| **Total income your investments have earned** | **$3.64** | **$4.93** |

01196 0111244 002392 004298 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT
**August 31, 2004 to**
**September 30, 2004**

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
**UNITED NATIVE DEPOSITORY CORP**

REDACTED

## Your investments cash account

| | | Quantity | Price on 9/30/04 ($) | Value on 9/30/04 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 10,457.37 | | 0.61 |
| **Total cash and equivalents** | | | | **10,457.37** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | **IGDC** | 716,000 | 0.2200 | 157,520.00 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | **#REST IGDC** | 100,000 | 0.2200 | 22,000.00 | | |
| **Total stocks and related options** | | | | **179,520.00** | | |
| **Total equities** | | | | **179,520.00** | | |
| **Value of your cash account** | | | | **189,977.37** | | |
| **Total value of your account** | | | | **$189,977.37** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price ($) | Amount added to (deducted from) your account ($) |
|---|---|---|---|---|---|
| 09/08/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (21,000) | 0.2900 | 6,089.85 |
| 09/08/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (6,089.85) |
| 09/09/04 | TAXABLE MNY DIV | FEDERATED PRIME CASH SERIES | | | 1.01 |
| 09/09/04 | TAXABLE MNY DIV | EARNINGS REINVESTED | | | (1.01) |
| 09/09/04 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 13,716.97 |
| 09/09/04 | JOURNAL ENTRY | O/N FEE | | | (15.00) |
| 09/09/04 | DISBURSEMENT | **Chk #329794** CHECK REQUEST-OVERNIGHT | | | (13,701.97) |
| 09/13/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (23,000) | 0.2850 | 6,554.84 |
| 09/13/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (6,554.84) |
| 09/24/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (15,000) | 0.2600 | 3,899.90 |
| 09/24/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (3,899.90) |
| 09/30/04 | TAXABLE MNY DIV | FEDERATED PRIME CASH SERIES ACCUMULATED EARNINGS POSTED | | | 2.63 |
| 09/30/04 | TAXABLE MNY DIV | EARNINGS REINVESTED | | | (2.63) |

## About your statement

*In this statement, you and your mean the account holder. FSI means Fiserv Securities, Inc., the carrying firm for your brokerage account.*

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
REDACTED
August 31, 2004 to September 30, 2004

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

## About your statement cont'd

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. FSI receives security prices and tax status from an independent source. While FSI considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) FSI sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**

This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact FSI.

**Cash and equivalents** Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your "free credit balance". This cash is payable to you on demand. FSI may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing** The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. "0" or "not available" appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders** FSI receives remuneration on a cents per share basis for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. This remuneration is considered compensation for FSI. The source and amount of any remuneration FSI receives in connection with your transaction will be disclosed upon your request. FSI executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends** FSI acted as agent in any transaction marked as "dividend reinvestment". For more information, please contact FSI in writing.

You can view an FSI Statement of Financial Condition in person at its offices, or ask FSI to mail you a copy.

Fiserv Securities, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**FSI cash account**
You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
Fiserv Securities does not replace certificates. Fiserv Securities replaces only transfer and ship non-receipts for up to one year. Fiserv Securities will also replace stock certificates in transit to Fiserv Securities, if Fiserv Securities is in non-receipt. All other losses are at the client's expense.

YOUR BROKERAGE ACCOUNT STATEMENT

**August 31, 2004 to**
**September 30, 2004**

PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

**Education and Protection**
We are required by NASD Conduct Rule 2280 to provide you with information about the availability of information through the NASD's Public Disclosure Program. Please be advised that the NASD offers an investor brochure describing the Public Disclosure Program. The investor brochure may be obtained on the NASD website (www.nasdr.com) or through the NASD Public Disclosure Hotline (800) 289-9999.

**The following information pertains to clients that currently have a Margin Account.**

**Margin Account Disclosure** This information is being furnished to provide some basic facts about purchasing securities on margin, and to alert you to the risks involved with the securities in a margin account. Before trading on margin, you should carefully review the margin agreement provided. Securities purchased on margin are the firm's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan. As a result, the firm can take action, such as issue a margin call and / or sell securities or other assets in any accounts held with the member in order to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin. These risks include:*You can lose more funds than you deposit in the margin account.*The firm can force the sale of securities or other assets in your account(s).*The firm can sell your securities or other assets without contacting you.*You are not entitled to choose which securities or other assets in your account(s) that are liquidated or sold to meet a margin call.*The firm can increase its 'house' maintenance margin requirement at any time and is not required to provide advanced written notice.*You are not entitled to an extension of time on a margin call.

**Statement of Financial Condition**
In lieu of providing a complete Statement of Financial Condition for Fiserv Securities, Inc. (FSI), as of June 25, 2004, the footnote to the Statement of Financial Condition relating to the firm's net capital is being provided, as required by the Securities and Exchange Commission's Release Number 34-42222. FSI is subject to the Uniform Net Capital Rule ('Rule') under the Securities Exchange Act of 1934 and has elected to compute its net capital under the 'alternative' method of the Rule, which requires that FSI maintain a minimum net capital equal to the greater of $1,500,000 or 2% of aggregate debit balances arising from customer transactions, as defined. At June 25, 2004, FSI had net capital, as defined, of $125,734,000, which was $97,051,000 in excess of the minimum net capital requirement. The Rule prohibits the withdrawal of capital if FSI's net capital would be less than 5% of aggregate debit items after any such withdrawal. At June 25, 2004, FSI's net capital was 8.49% of aggregate debit items. At July 30, 2004, FSI had net capital, as defined, of $124,894,000, which was $98,069,000 in excess of the minimum net capital requirement and 9.09% of aggregate debit items. Customers may obtain a complete copy of the Fiserv Securities, Inc. Statement of Financial Condition dated June 25, 2004 by visiting our website at http://www.fiservsecurities.com or by calling 1-877-294-1444. If you have any questions or need assistance in securing your copy, please contact your Investment Representative.

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
July 30, 2004 to
August 31, 2004

REDACTED

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

00772 0091173 001 008137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

| | |
|---|---|
| **Total value of your account on Aug 31, 2004** | **$287,626.11** |
| Cash account | $287,626.11 |

Fiserv Securities, Inc. is required by the NYSE and the NASD to distribute a Business Continuity Plan relating to an emergency or significant business disruption. In order to meet this obligation a letter explaining our Business Continuity Plan is available on our website located at www.fiservsecurities.com

## Asset allocation

| | July 30, 2004 | | August 31, 2004 |
|---|---|---|---|
| **Cash and equivalents** | $0.00 | | $7,626.11 |
| **Equities** | $288,000.00 | 100.00% | $280,000.00 |
| **Total assets** | **$288,000.00** | **100.00%** | **$287,626.11** |
| **Total value of your account** | **$288,000.00** | | **$287,626.11** |




## Summary of your income

| | This period | Year-to-date |
|---|---|---|
| **Taxable income** | | |
| Money market dividends | $1.29 | $1.29 |
| **Total taxable income** | **$1.29** | **$1.29** |
| **Total income your investments have earned** | **$1.29** | **$1.29** |

00772 0091173 001308 002131 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT
July 30, 2004 to
August 31, 2004

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Your investments cash account

| | | Quantity | Price on 8/31/04 ($) | Value on 8/31/04 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 7,626.11 | | 0.46 |
| **Total cash and equivalents** | | | | **7,626.11** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | IGDC | 775,000 | 0.3200 | 248,000.00 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | #REST IGDC | 100,000 | 0.3200 | 32,000.00 | | |
| **Total stocks and related options** | | | | **280,000.00** | | |
| **Total equities** | | | | **280,000.00** | | |
| **Value of your cash account** | | | | **287,626.11** | | |
| **Total value of your account** | | | | **$287,626.11** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 08/09/04 | DELIVERED | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB ADJ POS FOR RESID TRF46 | (100,000) | | |
| 08/09/04 | RECEIVED | INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) RESIDUAL TRF46 | 100,000 | | |
| 08/20/04 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (25,000) | 0.3050 | 7,624.82 |
| 08/20/04 | SWEEP | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (7,624.82) |
| 08/31/04 | TAXABLE MNY DIV | FEDERATED PRIME CASH SERIES ACCUMULATED EARNINGS POSTED | | | 1.29 |
| 08/31/04 | TAXABLE MNY DIV | EARNINGS REINVESTED | | | (1.29) |

## About your statement

*In this statement, you and your mean the account holder. FSI means Fiserv Securities, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. FSI receives security prices and tax status from an independent source. While FSI considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
July 30, 2004 to
August 31, 2004

REDACTED

YOUR ACCOUNT
[redacted]9132
UNITED NATIVE DEPOSITORY CORP

## About your statement cont'd

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) FSI sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**

This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact FSI.

**Cash and equivalents** Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your "free credit balance". This cash is payable to you on demand. FSI may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing** The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. "0" or "not available" appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders** FSI receives remuneration on a cents per share basis for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. This remuneration is considered compensation for FSI. The source and amount of any remuneration FSI receives in connection with your transaction will be disclosed upon your request. FSI executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends** FSI acted as agent in any transaction marked as "dividend reinvestment". For more information, please contact FSI in writing.

You can view an FSI Statement of Financial Condition in person at its offices, or ask FSI to mail you a copy.

Fiserv Securities, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**FSI cash account**
You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
FSI will replace at no charge any lost security that you report to your representative within six months from the day the statement is mailed.

00772 0091173 001309 002133 00002/00002

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
July 15, 2004 to
July 30, 2004

REDACTED

YOUR ACCOUNT
[redacted]132
UNITED NATIVE DEPOSITORY CORP

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

02327 0070372 001 008137 6DA
UNITED NATIVE DEPOSITORY CORP
ATTN DENI LEONARD CEO
100 BUSH ST STE #600
SAN FRANCISCO CA 94104

| **Total value of your account on July 30, 2004** | $288,000.00 |
|---|---|
| Cash account | $288,000.00 |

Fiserv Securities, Inc. is required by the NYSE and the NASD to distribute a Business Continuity Plan relating to an emergency or significant business disruption. In order to meet this obligation a letter explaining our Business Continuity Plan is available on our website located at www.fiservsecurities.com

| **Asset allocation** | July 30, 2004 | |
|---|---|---|
| Equities | $288,000.00 | 100.00% |
| **Total assets** | **$288,000.00** | **100.00%** |
| **Total value of your account** | **$288,000.00** | |

02327 0070372 003119 005507 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

July 16, 2004 to
July 30, 2004

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]132
UNITED NATIVE DEPOSITORY CORP

REDACTED

## Your investments cash account

| | | Quantity | Price on 7/30/04 ($) | Value on 7/30/04 ($) | Est. annual Income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | IGDC | 900,000 | 0.3200 | 288,000.00 | | |
| **Total stocks and related options** | | | | 288,000.00 | | |
| **Total equities** | | | | 288,000.00 | | |
| **Value of your cash account** | | | | 288,000.00 | | |
| **Total value of your account** | | | | $288,000.00 | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 07/19/04 | RECEIVED | INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) REC FROM IB PENDING OPINION 46 | 900,000 | | |
| 07/28/04 | DELIVERED | INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) ADJ POS FOR DTC TRANSFER TRF46 | (900,000) | | |
| 07/28/04 | STOCK TRANSFER | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB DTC TRANSFER TRF46 | 800,000 | 0.3300 | 264,000.00 |
| 07/28/04 | STOCK TRANSFER | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB DTC TRANSFER TRF46 | 100,000 | 0.3300 | 33,000.00 |

## About your statement

*In this statement, you and your mean the account holder. FSI means Fiserv Securities, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. FSI receives security prices and tax status from an independent source. While FSI considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The "other" class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- your assets are allocated to more than one class
- all of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Your investments**
This section lists all of the investments you hold at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact FSI.

**DPP and REIT pricing** The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. "0" or "not available" appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

PENNALUNA & COMPANY
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
July 15, 2004 to
July 30, 2004

REDACTED

YOUR ACCOUNT
[redacted]8132
UNITED NATIVE DEPOSITORY CORP

## About your statement cont'd

**Equity orders** FSI receives remuneration on a cents per share basis for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. This remuneration is considered compensation for FSI. The source and amount of any remuneration FSI receives in connection with your transaction will be disclosed upon your request. FSI executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends** FSI acted as agent in any transaction marked as "dividend reinvestment". For more information, please contact FSI in writing.

You can view an FSI Statement of Financial Condition in person at its offices, or ask FSI to mail you a copy.

Fiserv Securities, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**FSI cash account**
You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
FSI will replace at no charge any lost security that you report to your representative within six months from the day the statement is mailed.

02327 0070372 003120 005509 00002/00002