# EXHIBIT 3

051130 230 001077604 C 1
PENNALUNA & CO.
P.O BOX 1889
COEUR D' ALENE, IDAHO 83816

**Account Number:** [redacted]3174

# PENNALUNA & COMPANY

421 Sherman Avenue - - Suite 203 · Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

REDACTED

DENI LEONARD
100 BUSH ST #600
SAN FRANCISCO CA 94104

YOUR REGISTERED REPRESENTATIVE
MARK J. DILLON
RR#: 657

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local 208 667 7472
National 800 535 5329

**Statement Date: 11/01/05 to 11/30/05**

# SNAPSHOT

TOTAL PORTFOLIO
**$17,034.00**

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Securities | $17,034.00 | $0.00 |
| TOTAL PORTFOLIO VALUE | $17,034.00 | $0.00 |




A portfolio value less than $100.00 may not be displayed.

| ACCOUNT ACTIVITY | This Period | Year-To-Date |
|---|---|---|
| Net Miscellaneous Activity | $0.00 | $0.00 |

**LEGEND**
() Numbers in parenthesis are debits or subtractions
NFS = National Financial Services LLC



*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Account Number: [redacted]3174
Account Name: LEONARD DE
Statement Date: 11/01/2005 to 11/30/2005

REDACTED

PENNALUNA & COMPANY
421 Sherman Avenue - - Suite 203 · Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

# SUMMARY

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Securities | | |
| Equities | | |
| Equity | $17,034.00 | $0.00 |
| Total Securities | $17,034.00 | $0.00 |
| TOTAL PORTFOLIO VALUE | $17,034.00 | $0.00 |

| ACCOUNT ACTIVITY | This Period | Year-To-Date |
|---|---|---|
| BEGINNING BALANCE | $0.00 | |
| NET MISCELLANEOUS ACTIVITY | $0.00 | $0.00 |
| ENDING BALANCE | $0.00 | |

# DETAIL

## PORTFOLIO VALUE

EQUITIES 100.00%

| Description | Symbol/Cusip Account Type | Quantity | Price on 11/30/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| Equity | | | | | | |
| INDIGENOUS GLOBAL DEV CORP | IGDC CASH | 400 | $0.085 | $34.00 | unavailable | |
| INDIGENOUS GLOBAL DEV CORP | IGDC RESSTK | 200,000 | $0.085 | $17,000.00 | unavailable | |
| Total Equity | | | | $17,034.00 | | |
| Total Equities | | | | $17,034.00 | | |
| Total Securities | | | | $17,034.00 | | |
| TOTAL PORTFOLIO VALUE | | | | $17,034.00 | | |


See last page for important information about your brokerage account and this statement.
*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Account Number: [redacted]3174
Account Name: LEONARD DE
Statement Date: 11/01/2005 to 11/30/2005

REDACTED

PENNALUNA & COMPANY
421 Sherman Avenue - - Suite 203 · Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

## ACCOUNT ACTIVITY

### MISCELLANEOUS ACCOUNT ACTIVITY

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 11/16/05 | RESSTK | RECEIVED FROM YOU | INDIGENOUS GLOBAL DEV CORP REF 200511185983046 | 200,000 | $0.00 |
| 11/21/05 | CASH | CONVERSION | INDIGENOUS GLOBAL DEV CORP TFR FROM FISERV | 400 | $0.00 |

NET MISCELLANEOUS ACCOUNT ACTIVITY $0.00

## MESSAGES

We now clear through National Financial Services, a Fidelity Investments Company. IMPORTANT: to avoid delays, please make all checks out to 'NFS' or 'National Financial'. We offer you and yours our best wishes for the merriest of holidays]



Account carried with National Financial Services LLC, Member NYSE, SIPC

REDACTED

[redacted]3174 (LEONARD DE) I RR2 657 Acct Net Worth $14,028.00

Positions | Balances | Order Status | History | Account Summary | Statements & Records

Statements | Confirms | Tax Documents | Imaged Documents    As of 01/06/2006 1:50 PM ET Refresh

Select number of days: 90 (Max = last 90 days)    About your Confirm

Search By (Optional): Symbol/CUSIP    Symbol Lookup    Search

**Number of Confirms:** 0

| Trade Date | Description | Symbol/ CUSIP | Action | Quantity | Price |
|---|---|---|---|---|---|

The data provided in confirms via the Web is for informational purposes only and is subject to the terms of the official confirmation that will be sent to you via U.S. mail.

051230 230 007019418 C 1
PENNALUNA & CO.
P.O BOX 1889
COEUR D' ALENE, IDAHO 83816

Account Number: [redacted]3174

PENNALUNA & COMPANY
421 Sherman Avenue - - Suite 203 · Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

REDACTED

DENI LEONARD
100 BUSH ST #600
SAN FRANCISCO CA 94104

YOUR REGISTERED REPRESENTATIVE
MARK J. DILLON
RR#: 657

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local 208 667 7472
National 800 535 5329

Statement Date: 12/01/05 to 12/31/05

# SNAPSHOT

TOTAL PORTFOLIO
**$14,028.00**

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Securities | $14,028.00 | $17,034.00 |
| TOTAL PORTFOLIO VALUE | $14,028.00 | $17,034.00 |




A portfolio value less than $100.00 may not be displayed.

LEGEND
( ) Numbers in parenthesis are debits or subtractions
NFS = National Financial Services LLC

Account carried with National Financial Services LLC, Member NYSE, SIPC

Account Number: [redacted]3174
Account Name: LEONARD DE
Statement Date: 12/01/2005 to 12/31/2005

REDACTED

PENNALUNA & COMPANY
421 Sherman Avenue - - Suite 203 · Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

# SUMMARY

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Securities | | |
| Equities | | |
| Equity | $14,028.00 | $17,034.00 |
| Total Securities | $14,028.00 | $17,034.00 |
| TOTAL PORTFOLIO VALUE | $14,028.00 | $17,034.00 |

# DETAIL

## PORTFOLIO VALUE

EQUITIES 100.00%

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| Equity | | | | | | |
| INDIGENOUS GLOBAL DEV CORP | IGDC CASH | 400 | $0.07 | $28.00 | $34.00 | |
| INDIGENOUS GLOBAL DEV CORP | IGDC RESSTK | 200,000 | $0.07 | $14,000.00 | $17,000.00 | |
| Total Equity | | | | $14,028.00 | | |
| Total Equities | | | | $14,028.00 | | |
| Total Securities | | | | $14,028.00 | | |
| TOTAL PORTFOLIO VALUE | | | | $14,028.00 | | |

## ACCOUNT ACTIVITY



*Account carried with National Financial Services LLC, Member NYSE, SIPC*

See last page for important information about your brokerage account and this statement.

Account Number: [redacted]3174
Account Name: LEONARD DE

Statement Date: 12/01/2005 to 12/31/2005

REDACTED

PENNALUNA & COMPANY
421 Sherman Avenue - - Suite 203 · Couer d' Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

## MESSAGES

To avoid delays, please make your checks out to 'NFS' or 'National Financial Services'. Have you sent your 2005 IRA contribution?
You have until April 15, 2006. Your IRS forms 1099 tax information for 2005 will be mailed later this month.
Pennaluna is Celebrating 80 years in business - thank you for making it.

Free credit balances, FCBs, in your taxable Income Account, dividends, interest and capital gains, may earn a variable rate of taxable interest paid at the discretion of your broker/dealer and/or NFS. NFS reserves the right to change the rate of interest at any time without notice. The interest paid is determined by averaging the daily credit balances during the interest period. FCBs are not aggregated with free credit balances in your Core Account for purposes of determining the interest rate payable in either account. Interest is paid on the first business day following the 20th day of each month. Interest accrued during the interest period less than $.01 will not be paid. FCBs are applied first against any existing cash debit balances with NFS and the remainder paid out to you.



*Account carried with National Financial Services LLC, Member NYSE, SIPC*

# EXHIBIT 4

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
April 25, 2005 to
May 31, 2005

REDACTED

YOUR ACCOUNT
[redacted]5606
DENI LEONARD

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

02087 4200910 001 008137 LDA
DENI LEONARD
100 BUSH ST #600
SAN FRANCISCO CA 94104

| Total value of your account on May 31, 2005 | $135,000.00 |
|---|---|
| Cash account | $135,000.00 |

| Asset allocation | May 31, 2005 | |
|---|---|---|
| Equities | $135,000.00 | 100.00% |
| **Total assets** | **$135,000.00** | **100.00%** |
| **Total value of your account** | **$135,000.00** | |

02087 4200910 003094 005430 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

**April 25, 2005 to**
**May 31, 2005**

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
**[redacted]5606**
**DENI LEONARD**

REDACTED

## Your investments cash account

| | | Quantity | Price on 5/31/05 ($) | Value on 5/31/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | IGDCE | 1,000,000 | 0.1350 | 135,000.00 | | |
| **Total stocks and related options** | | | | **135,000.00** | | |
| **Total equities** | | | | **135,000.00** | | |
| **Value of your cash account** | | | | **135,000.00** | | |
| **Total value of your account** | | | | **$135,000.00** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 05/25/05 | STOCK TRANSFER | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB DTC TRANSFER TRF28 | 800,000 | 0.1210 | 96,800.00 |
| 05/25/05 | STOCK TRANSFER | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB DTC TRANSFER TRF28 | 200,000 | 0.1210 | 24,200.00 |

## About your statement

*In this statement, 'you' and 'your' mean the account holder. "NFC" means NF Clearing, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement data. Some securities, such as bonds and securities that trade infrequently, may not be priced. NFC receives security prices and tax status from an independent source. While NFC considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Your investments**
This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact NFC.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
NFC does not receive remuneration for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. NFC executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends**
NFC acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact NFC in writing.

You can view an NFC Statement of Financial Condition in person at its offices, or ask NFC to mail you a copy.

NF Clearing, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT

April 25, 2005 to
May 31, 2005

YOUR ACCOUNT
[redacted]5606
DENI LEONARD

REDACTED

## About your statement cont'd

## About your account

**NFC cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
NF Clearing does not replace certificates. NF Clearing replaces only transfer and ship non-receipts for up to one year. NF Clearing will also replace stock certificates in transit to NF Clearing if NF Clearing is in non-receipt. All other losses are at the client's expense.

**PENNALUNA & COMPANY**
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
May 31, 2005 to June 30, 2005

04926 4223177 001 008137 6DA
DENI LEONARD
100 BUSH ST #600
SAN FRANCISCO CA 94104

REDACTED
YOUR ACCOUNT [redacted]606
DENI LEONARD

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

| **Total value of your account on June 30, 2005** | **$79,660.11** |
|---|---|
| Cash account | $79,660.11 |

| **Asset allocation** | May 31, 2005 | | June 30, 2005 |
|---|---|---|---|
| **Cash and equivalents** | $0.00 | | $6,805.11 |
| **Equities** | $135,000.00 | 100.00% | $72,855.00 |
| **Total assets** | **$135,000.00** | **100.00%** | **$79,660.11** |
| **Total value of your account** | **$135,000.00** | | **$79,660.11** |




## Summary of your income

| **Taxable income** | This period | Year-to-date |
|---|---|---|
| Money market dividends | $0.85 | $0.85 |
| **Total taxable income** | **$0.85** | **$0.85** |
| **Total income your investments have earned** | **$0.85** | **$0.85** |

04926 4223177 006914 012138 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

**May 31, 2005 to**
**June 30, 2005**

# PENNALUNA & COMPANY

421 Sherman Avenue -- Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]5606
**DENI LEONARD**

REDACTED

## Your investments cash account

| | | Quantity | Price on 6/30/05 ($) | Value on 6/30/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 6,805.11 | | 2.17 |
| **Total cash and equivalents** | | | | **6,805.11** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | **IGDC** | 609,500 | 0.0900 | 54,855.00 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | **#REST IGDC** | 200,000 | 0.0900 | 18,000.00 | | |
| **Total stocks and related options** | | | | **72,855.00** | | |
| **Total equities** | | | | **72,855.00** | | |
| **Value of your cash account** | | | | **79,660.11** | | |
| **Total value of your account** | | | | **$79,660.11** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 06/10/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (40,000) | 0.0820 | 3,279.86 |
| 06/10/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (20,000) | 0.0910 | 1,819.92 |
| 06/10/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (20,000) | 0.0910 | 1,819.92 |
| 06/23/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (35,500) | 0.1000 | 3,549.85 |
| 06/27/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 10,400.00 |
| 06/27/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (10,469.55) |
| 06/27/05 | CASH DISBURSEMENT | **Chk #434664** CK REQ - FEDEX | | | (10,400.00) |
| 06/28/05 | JOURNAL ENTRY | O/N FEE 6/27 | | | (15.00) |
| 06/29/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (75,000) | 0.0900 | 6,749.71 |
| 06/29/05 | DELIVERED | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB ADJUST POSITION TRF28 | (200,000) | | |
| 06/29/05 | RECEIVED | INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) TRF28 | 200,000 | | |
| 06/29/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (6,734.71) |
| 06/30/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES ACCUMULATED EARNINGS POSTED | | | 0.85 |
| 06/30/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.85) |

YOUR BROKERAGE ACCOUNT STATEMENT

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

May 31, 2005 to
June 30, 2005

REDACTED
YOUR ACCOUNT
[redacted]606
DENI LEONARD

## Activities in your account cash account cont'd

### Trades settling next period cash account

These orders were filled on the date below but haven't yet settled. They will appear in your activities on your next statement.

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 06/28/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | 120,000 | 0.10 | 11,399.52 |
| 06/30/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | 75,000 | 0.09 | 6,749.71 |

## About your statement

*In this statement, "you" and "your" mean the account holder. "NFC" means NF Clearing, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. NFC receives security prices and tax status from an independent source. While NFC considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) NFC sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**

This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact NFC.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. NFC may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. 'U' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
NFC does not receive remuneration for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. NFC executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.
**Dividends**
NFC acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact NFC in writing.

**Trades settling next period**
This gives you details about orders that were filled but not settled at the end of the statement period.

You can view an NFC Statement of Financial Condition in person at its offices, or ask NFC to mail you a copy.

NF Clearing, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**NFC cash account**

YOUR BROKERAGE ACCOUNT STATEMENT

**May 31, 2005 to**
**June 30, 2005**

PENNALUNA & COMPANY
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]5606
**DENI LEONARD**

REDACTED

## About your statement cont'd

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
NF Clearing does not replace certificates. NF Clearing replaces only transfer and ship non-receipts for up to one year. NF Clearing will also replace stock certificates in transit to NF Clearing if NF Clearing is in non-receipt. All other losses are at the client's expense.

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT

June 30, 2005 to
July 29, 2005

00948 4244297 001 008137 LDA
DENI LEONARD
100 BUSH ST #600
SAN FRANCISCO CA 94104

REDACTED

YOUR ACCOUNT
[redacted]5606
DENI LEONARD

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

| Total value of your account on July 29, 2005 | $29,700.80 |
|---|---|
| Cash account | $29,700.80 |

| Asset allocation | June 30, 2005 | July 29, 2005 |
|---|---|---|
| Cash and equivalents | $6,805.11 | $2,785.80 |
| Equities | $72,855.00 | $26,915.00 |
| **Total assets** | **$79,660.11** | **$29,700.80** |
| **Total value of your account** | **$79,660.11** | **$29,700.80** |







## Summary of your income

| Taxable Income | This period | Year-to-date |
|---|---|---|
| Money market dividends | $10.61 | $11.46 |
| **Total taxable income** | **$10.61** | **$11.46** |
| **Total income your investments have earned** | **$10.61** | **$11.46** |

00948 4244297 001793 002999 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

June 30, 2005 to
July 29, 2005

PENNALUNA & COMPANY

421 Sherman Avenue -- Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]5606
DENI LEONARD

REDACTED

## Your investments cash account

| | | Quantity | Price on 7/29/05 ($) | Value on 7/29/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 2,785.80 | | 2.33 |
| **Total cash and equivalents** | | | | **2,785.80** | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | IGDC | 184,500 | 0.0700 | 12,915.00 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | #REST IGDC | 200,000 | 0.0700 | 14,000.00 | | |
| **Total stocks and related options** | | | | **26,915.00** | | |
| **Total equities** | | | | **26,915.00** | | |
| **Value of your cash account** | | | | **29,700.80** | | |
| **Total value of your account** | | | | **$29,700.80** | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 07/01/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (120,000) | 0.0950 | 11,399.52 |
| 07/01/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (11,399.52) |
| 07/05/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 18,200.00 |
| 07/05/05 | JOURNAL ENTRY | O/N FEE | | | (15.00) |
| 07/05/05 | CASH DISBURSEMENT | Chk #436344 FEDEX TO CLIENT | | | (18,200.00) |
| 07/06/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (75,000) | 0.0900 | 6,749.71 |
| 07/06/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (6,734.71) |
| 07/08/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (50,000) | 0.0950 | 4,749.80 |
| 07/08/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (4,749.80) |
| 07/13/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES | | | 9.04 |
| 07/13/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (9.04) |
| 07/13/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 11,498.18 |
| 07/13/05 | CASH DISBURSEMENT | Chk #438104 CK REQ - FEDEX | | | (11,474.14) |
| 07/14/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (24.04) |
| 07/14/05 | JOURNAL ENTRY | O/N FEE 7/13 | | | (15.00) |
| 07/15/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 15.00 |
| 07/19/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (50,000) | 0.0800 | 3,999.83 |
| 07/19/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (3,999.83) |
| 07/20/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (25,000) | 0.0850 | 2,124.91 |

PENNALUNA & COMPANY
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR BROKERAGE ACCOUNT STATEMENT
June 30, 2005 to
July 29, 2005

REDACTED

YOUR ACCOUNT
[redacted]606
DENI LEONARD

## Activities in your account cash account cont'd

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 07/20/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (2,124.91) |
| 07/21/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES | | | 0.65 |
| 07/21/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.65) |
| 07/21/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 6,134.43 |
| 07/21/05 | CASH DISBURSEMENT | **Chk #439913** CK REQ | | | (6,134.43) |
| 07/26/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (35,000) | 0.0810 | 2,834.88 |
| 07/26/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (35,000) | 0.0810 | 2,834.88 |
| 07/26/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (5,669.76) |
| 07/27/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES | | | 0.37 |
| 07/27/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.37) |
| 07/27/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 5,670.13 |
| 07/27/05 | CASH DISBURSEMENT | **Chk #441087** FEDEX TO CLIENT | | | (5,669.76) |
| 07/28/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (0.37) |
| 07/28/05 | JOURNAL ENTRY | O/N FEE 7/27 | | | (15.00) |
| 07/29/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (35,000) | 0.0800 | 2,799.88 |
| 07/29/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES ACCUMULATED EARNINGS POSTED | | | 0.55 |
| 07/29/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.55) |
| 07/29/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (2,784.88) |

## About your statement

*In this statement, "you" and "your" mean the account holder. "NFC" means NF Clearing, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. NFC receives security prices and tax status from an independent source. While NFC considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) NFC sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**

00948 4244297 001794 003001 00002/00002

YOUR BROKERAGE ACCOUNT STATEMENT

June 30, 2005 to
July 29, 2005

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]5606
DENI LEONARD

REDACTED

## About your statement cont'd

This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact NFC.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. NFC may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

**Equity orders**
NFC does not receive remuneration for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. NFC executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.
**Dividends**
NFC acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact NFC in writing.

You can view an NFC Statement of Financial Condition in person at its offices, or ask NFC to mail you a copy.

NF Clearing, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**NFC cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
NF Clearing does not replace certificates. NF Clearing replaces only transfer and ship non-receipts for up to one year. NF Clearing will also replace stock certificates in transit to NF Clearing if NF Clearing is in non-receipt. All other losses are at the client's expense.

YOUR BROKERAGE ACCOUNT STATEMENT

# PENNALUNA & COMPANY

421 Sherman Avenue -- Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

July 29, 2005 to
August 31, 2005

REDACTED

YOUR ACCOUNT
[redacted]5606
DENI LEONARD

00987 4269832 001 008137 6DA
DENI LEONARD
100 BUSH ST #600
SAN FRANCISCO CA 94104

YOUR REPRESENTATIVE
MARK DILLON
REP ID: 1657

| **Total value of your account on Aug 31, 2005** | **$21,295.58** |
|---|---|
| Cash account | $21,295.58 |

| **Asset allocation** | July 29, 2005 | August 31, 2005 |
|---|---|---|
| **Cash and equivalents** | $2,785.80 | $1,295.58 |
| **Equities** | $26,915.00 | $20,000.00 |
| **Total assets** | **$29,700.80** | **$21,295.58** |
| **Total value of your account** | **$29,700.80** | **$21,295.58** |







## Summary of your income

| **Taxable income** | This period | Year-to-date |
|---|---|---|
| Money market dividends | $1.06 | $12.52 |
| **Total taxable income** | **$1.06** | **$12.52** |
| **Total income your investments have earned** | **$1.06** | **$12.52** |

00987 4269832 001869 003142 00001/00002

YOUR BROKERAGE ACCOUNT STATEMENT

July 29, 2005 to
August 31, 2005

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]606
DENI LEONARD

REDACTED

## Your investments cash account

| | | Quantity | Price on 8/31/05 ($) | Value on 8/31/05 ($) | Est. annual income($) | Est. yield (%) |
|---|---|---|---|---|---|---|
| **Cash and equivalents** | | | | | | |
| FEDERATED PRIME CASH SERIES | | | | 1,295.58 | | 2.52 |
| **Total cash and equivalents** | | | | 1,295.58 | | |
| **Equities** | | | | | | |
| **Stocks and related options** | | | | | | |
| INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | IGDC | 50,000 | 0.0800 | 4,000.00 | | |
| INDIGENOUS GLOBAL DEVELOPMENT (RESTRICTED) | #REST IGDC | 200,000 | 0.0800 | 16,000.00 | | |
| **Total stocks and related options** | | | | 20,000.00 | | |
| **Total equities** | | | | 20,000.00 | | |
| **Value of your cash account** | | | | 21,295.58 | | |
| **Total value of your account** | | | | $21,295.58 | | |

## Activities in your account cash account

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 08/03/05 | CASH DISBURSEMENT | Chk #442710 CK REQ - FEDEX | | | (2,770.80) |
| 08/04/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 2,770.80 |
| 08/04/05 | JOURNAL ENTRY | O/N FEE 8/3 | | | (15.00) |
| 08/05/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES MTD EARNINGS, FULL LIQUIDATION | | | 0.54 |
| 08/05/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.54) |
| 08/05/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 15.54 |
| 08/05/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (0.54) |
| 08/24/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (10,000) | 0.0650 | 649.97 |
| 08/24/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (649.97) |
| 08/24/05 | CASH DISBURSEMENT | Chk #447058 CK REQ - FEDEX | | | (650.00) |
| 08/25/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (40,000) | 0.0700 | 2,799.88 |
| 08/25/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (2,149.88) |
| 08/25/05 | JOURNAL ENTRY | O/N FEE 8/24 | | | (15.00) |
| 08/26/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (70,000) | 0.0910 | 6,369.73 |
| 08/26/05 | JOURNAL ENTRY | SAME DAY REDEMPTION (L) | | | 9,150.00 |
| 08/26/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (6,354.73) |
| 08/26/05 | CASH DISBURSEMENT | Chk #447568 CK REQ - FEDEX | | | (9,150.00) |
| 08/29/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | (14,500) | 0.0900 | 1,304.94 |
| 08/29/05 | MONEY MARKET ACTIVITY | SWEPT TO FEDERATED PRIME CASH AUTOMATIC PURCHASE | | | (1,304.94) |

YOUR BROKERAGE ACCOUNT STATEMENT

# PENNALUNA & COMPANY

421 Sherman Avenue — Suite 203 • Cœur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

July 29, 2005 to
August 31, 2005

REDACTED

YOUR ACCOUNT
[redacted]5606
DENI LEONARD

## Activities in your account cash account cont'd

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 08/29/05 | JOURNAL ENTRY | O/N FEE 8/26 | | | (15.00) |
| 08/30/05 | MONEY MARKET ACTIVITY | SWEPT FR FEDERATED PRIME CASH | | | 15.00 |
| 08/31/05 | TAXABLE DIVIDEND | FEDERATED PRIME CASH SERIES ACCUMULATED EARNINGS POSTED | | | 0.52 |
| 08/31/05 | TAXABLE DIVIDEND | EARNINGS REINVESTED | | | (0.52) |

## Trades settling next period cash account

These orders were filled on the date below but haven't yet settled. They will appear in your activities on your next statement.

| Date | Activity | Details | Quantity | Price($) | Amount added to (deducted from) your account($) |
|---|---|---|---|---|---|
| 08/30/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | 10,000 | 0.08 | 749.96 |
| 08/31/05 | SELL | INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB | 15,600 | 0.08 | 1,185.55 |

## About your statement

*In this statement, 'you' and 'your' mean the account holder. "NFC" means NF Clearing, Inc., the carrying firm for your brokerage account.*

**About the information in this statement**
The prices and values shown are the estimated figures on the statement date. Some securities, such as bonds and securities that trade infrequently, may not be priced. NFC receives security prices and tax status from an independent source. While NFC considers this source to be reliable, the prices it provides are approximate and are not necessarily the prices the securities would receive if they were sold. **This is particularly true of bond prices.** Tax forms will be provided as required by the IRS.

**Total value of your account**
The total value of your account is the total value of your cash account, checking account, margin account, short account or other account.

The total value of your account doesn't include:
- any unpriced securities
- any investments you hold outside your brokerage account

Because the total value of your account may not include the value of all your investments, it is meant to be a general guideline only.

**Asset allocation**
This shows you how your investments are allocated among five possible classes: cash and equivalents, fixed income, equities, options and other. The fixed income class is divided into taxable and non-taxable investments. The 'other' class includes investments that don't fit into these categories, like limited partnerships and unit investment trusts.

Your statement includes an asset allocation pie chart when:
- Your assets are allocated to more than one class
- All of the asset classes have a positive value.

Because the asset allocation may not include the value of all of your investments, the percentages in the table and the pie chart are meant to be a guide only.

**Summary of your income**
This summary shows how much taxable and non-taxable income your investments earned during the statement period and for the year-to-date. It also shows you all charges and other deductions for the statement period and the year-to-date.
The income figures are estimates for federal income tax purposes and may vary from the figures on the annual tax form (all IRS Forms 1099) NFC sends to you after the end of the year. The income figures shown in the summary don't take into account any state or local taxes.
Items in this statement listed as taxable may not apply to offshore accounts. Please call your representative with any questions.

**Your investments**
This section lists all of the investments you held at the end of the statement period by type of account and asset class. You'll find a description of each investment, its symbol, quantity, price and value, as well as an estimate of its annual income and estimated average annual yield. If you have any questions regarding these calculations please contact NFC.

**Cash and equivalents**
Any uninvested cash in your account at the end of the statement period is shown in cash and equivalents. Money waiting to be invested can be held in cash, interest bearing accounts, money market funds or other deposit accounts. Cash you hold in your account is your 'free credit balance'. This cash is payable to you on demand. NFC may use this cash in its business according to the limits set out in 17 CRF [240 15c3-2 under the Securities Exchange Act of 1934.

Your statement shows the estimated average yield for the money market fund. This yield is calculated using the average of the daily rates divided by the number of days in the month. To find out the actual yield on a specific day, please contact your representative or the mutual fund company.

**DPP and REIT pricing**
The prices shown for direct participation programs (DPP) or non-traded Real Estate Investment Trusts (REIT) are estimated values. We typically receive these prices from a third party, which receives them from the investment's general partners, unless we have received other information, such as an independent appraisal. '0' or 'not available' appears if we cannot get an estimated value. Because many partnership valuations are provided only annually, they do not always reflect current value. DPPs and non-traded REITs shown on this statement may not be the amount you would receive if you sold this security.

**Foreign securities and foreign currency**
Investing in foreign securities and/or foreign currency involves risks that are not typically associated with investing only in the United States. These include changes in foreign exchange rates, political and economic uncertainties in foreign countries, a potential lack of liquidity, and government supervision and regulation, all of which can magnify the volatility of these securities.

**Activities in your account**
This section lists transactions in your account during the statement period by type of account. You'll find a description of each transaction along with the quantity, price and amount added or deducted from your account.

YOUR BROKERAGE ACCOUNT STATEMENT

July 29, 2005 to
August 31, 2005

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

YOUR ACCOUNT
[redacted]5606
DENI LEONARD

REDACTED

## About your statement cont'd

**Equity orders**
NFC does not receive remuneration for directing orders in equity securities and/or options to particular broker/dealers, market centers, or exchanges for execution. NFC executes any transactions in your account on behalf of your brokerage firm. For more information, please contact your brokerage firm.

**Dividends**
NFC acted as agent in any transaction marked as 'dividend reinvestment'. For more information, please contact NFC in writing.

**Trades settling next period**
This gives you details about orders that were filled but not settled at the end of the statement period.

You can view an NFC Statement of Financial Condition in person at its offices, or ask NFC to mail you a copy.

NF Clearing, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-3212 (215) 636-3000.

This address may also be used if you have a complaint that you wish to direct to the clearing firm. **If you wish to change your address or direct a complaint to your broker dealer, please use the address and/or phone number on the front of this statement.**

## About your account

**NFC cash account**

You must pay for all purchases in a cash account in full on or before the settlement date. You can pay for purchases by depositing cash into your account, selling other investments or by drawing down other accounts.

**Lost securities**
NF Clearing does not replace certificates. NF Clearing replaces only transfer and ship non-receipts for up to one year. NF Clearing will also replace stock certificates in transit to NF Clearing if NF Clearing is in non-receipt. All other losses are at the client's expense.

# EXHIBIT 5

**COMBINED STATEMENT FOR RECIPIENT OF:**

| | | |
|---|---|---|
| 1099-DIV | DIVIDENDS AND DISTRIBUTIONS | OMB NO. 1545-0110 |
| 1099-INT | INTEREST INCOME | 1545-0112 |
| 1099-OID | ORIGINAL ISSUE DISCOUNT | 1545-0117 |
| 1099-MISC | MISCELLANEOUS INCOME | 1545-0115 |
| 1099-B | PROCEEDS FROM BROKER TRANSACTIONS | 1545-0715 |

**FOR TAX YEAR**
**2004**
APRIL 25, 2005

| PAYER'S INFORMATION: | RECIPIENT'S NAME AND ADDRESS: |
|---|---|
| FISERV SECURITIES, INC.<br>TWELVE HUNDRED<br>ONE COMMERCE SQUARE<br>2005 MARKET STREET<br>PHILADELPHIA, PA 19103-3212<br><br>TAX ID#: [redacted]7761 | 80576DA 4183133 00105000001<br>UNITED NATIVE DEPOSITORY CORP<br>ATTN DENI LEONARD CEO<br>100 BUSH ST STE #600<br>SAN FRANCISCO CA 94104 |

REDACTED

| PLEASE NOTE BEFORE FILING: | RECIPIENT'S BROKERAGE INFORMATION: | |
|---|---|---|
| MUTUAL FUNDS, UITS AND OTHER SECURITIES MAY BE SUBJECT TO: (i) DIVIDEND REALLOCATION AND/OR (ii) RECLASSIFICATION OF LONG TERM CAPITAL GAIN DISTRIBUTIONS, WHICH MAY RESULT IN A CORRECTED 1099. | PENNALUNA & COMPANY<br>421 SHERMAN AVENUE STE 203<br>COEUR D'ALENE ID 83814 | SS#/TAX ID#: [redacted]9088<br>ACCOUNT#: 10158132<br>OFFICE#: 6DA REP#: 1657<br>CUSTOMER SERVICE<br>(208)667-7472 |

REDACTED

## 1099 SUMMARY

### DIVIDENDS AND OTHER DISTRIBUTIONS 1099-DIV (OMB NO. 1545-0110)

| | | | | | |
|---|---|---|---|---|---|
| TOTAL ORDINARY DIVIDENDS (THIS AMOUNT ALSO INCLUDES 1B) | 1A | 12.40 | 28% RATE GAIN | 2D | .00 |
| QUALIFIED DIVIDENDS | 1B | .00 | NON-TAXABLE DISTRIBUTION | 3 | .00 |
| TOTAL CAPITAL GAINS DISTRIBUTION (ALSO INCLUDES 2B, 2C AND 2D) | 2A | .00 | FEDERAL INCOME TAX WITHHELD | 4 | .00 |
| UNRECAPTURED SECTION 1250 GAIN | 2B | .00 | FOREIGN TAX PAID | 6 | .00 |
| SECTION 1202 GAIN | 2C | .00 | CASH LIQUIDATION DISTRIBUTIONS | 8 | .00 |

### PROCEEDS FROM BROKER AND BARTER EXCHANGE 1099-B (OMB NO. 1545-0715)

| | | | | | |
|---|---|---|---|---|---|
| TOTAL GROSS PROCEEDS LESS COMMISSIONS EACH TRANSACTION FURNISHED TO THE I.R.S. | 2 | 133,576.80 | FEDERAL INCOME TAX WITHHELD | 4 | .00 |

REDACTED

PAGE 1 OF 3
ACCOUNT # [redacted]8132
1099 CONTINUED ON NEXT PAGE

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE ("IRS"). IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED.

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTIONS MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED.

INSTRUCTIONS FOR RECIPIENT OF DIVIDENDS (1099-DIV)

Box 1a. Shows total ordinary dividends that are taxable. Include this amount on line 9a of Form 1040 or 1040A. Also, report it on Schedule B (Form 1040) or Schedule 1 (Form 1040A), if required.

Box 1b. Shows the portion of the amount in box 1a that may be eligible for the 15% or 5% capital gains rates. See the form 1040/1040A instructions for how to determine this amount. Report the eligible amount on line 9b, Form 1040 or 1040A. The amount shown may be a distribution from an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040/1040A but treat it as a plan distribution, not as investment income, for any other purpose.

Box 2a. Shows total capital gain distributions (long-term) from a regulated investment company or real estate investment trust. Report the amounts shown in box 2a on Schedule D (Form 1040), line 13. But, if no amount is shown in boxes 2c–2d and your only capital gains and losses are capital gain distributions, you may be able to report the amounts shown in box 2a on line 13 of Form 1040 (line 10 of Form 1040A) rather than Schedule D. See the Form 1040/1040A instructions.

Box 2b. Shows the portion of the amount in box 2a that is unrecaptured section 1250 gain from certain depreciable real property. Report this amount on the Unrecaptured Section 1250 Gain Worksheet in the Schedule D instructions (Form 1040).

Box 2c. Shows the portion of the amount in box 2a that is section 1202 gain from certain small business stock that may be subject to a 50% exclusion. See the Schedule D (Form 1040) instructions.

Box 2d. Shows 28% rate gain from sales or exchanges of collectibles. If required, use this amount when completing the 28% Rate Gain Worksheet-Line 18 in the instructions for Schedule D (Form 1040).

Box 3. Shows the part of the distribution that is nontaxable because it is a return of your cost (or other basis). You must reduce your cost (or other basis) by this amount for figuring gain or loss when you sell your stock. But if you get back all your cost (or other basis), report future nontaxable distributions as capital gains, even though this form shows them as nontaxable. See Pub. 550, Investment Income and Expenses.

Box 4. SEE "BACKUP WITHHOLDING"

Box 6. Shows the foreign tax you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

Boxes 8 and 9. Shows cash and noncash liquidation distributions.

INSTRUCTIONS FOR RECIPIENT OF INTEREST (1099-INT)

Box 1. Shows interest paid to you during the calendar year by the payer. This does not include interest shown in box 3. If you receive a Form 1099-INT for interest paid on a tax-exempt obligation, see the instructions for your income tax return.

Box 3. Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not be all taxable. See Pub. 550, Investment Income and Expenses. This interest is exempt from state and local income taxes. This interest is not included in box 1.

Box 4. SEE "BACKUP WITHHOLDING"

Box 6. Shows foreign tax paid. You may be able to claim this tax as a deduction or a credit on your Form 1040. See your Form 1040 instructions.

INSTRUCTIONS FOR RECIPIENT OF OID (1099-OID)

Original issue discount (OID) is the excess of an obligation's stated redemption price at maturity over its issue price (acquisition price for a stripped bond or coupon). OID is taxable as interest over the life of the obligation. If you are the holder of an OID obligation, generally you must include an amount of OID in your gross income each year you hold the obligation. Obligations that may have OID include a bond, debenture, note, certificate, or other evidence of indebtedness having a term of more than 1 year. For example, the OID rules may apply to certificates of deposit (CDs), time deposits, bonus savings plans, and other deposit arrangements, especially if the payment of interest is deferred until maturity. In addition, the OID rules apply to Treasury inflation-indexed securities. See Pub. 550, Investment Income and Expenses, for more information.

Box 1. Shows the OID on the obligation for the part of the year you owned it. Report the amount in box 1 as interest income on your income tax return. However, depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium, or the obligation is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Pub. 1212, List of Original Issue Discount Instruments, for details on how to figure the correct OID.

Box 2. Shows other interest on this obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see Pub. 550 for reporting instructions. If there is an amount in both boxes 2 and 6, the amount in box 2 is interest on a U.S. Treasury obligation and is exempt from state and local income taxes.

Box 4. SEE "BACKUP WITHHOLDING"

Box 5. Shows the identification number (CUSIP number) or description of the obligation. The description may include the stock exchange, issuer, coupon rate, and year of maturity.

Box 6. Shows OID on a U.S. Treasury obligation for the part of the year you owned it. Report this amount as interest income on your Federal income tax return, and see Pub. 1212 to figure any appropriate adjustments to this amount. This OID is exempt from state and local income taxes and is not included in box 1.

INSTRUCTIONS FOR RECIPIENT OF PROCEEDS FROM BROKER TRANSACTIONS (1099-B)

Brokers and barter exchanges must report proceeds from transactions to you and the IRS on Form 1099-B by January 31 of the year following the calendar year of the transaction. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a change in control or a substantial change in capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in the box below your name and address on Form 1099-B.

Box 1a. Shows the trade date of the transaction. For aggregate reporting, no entry will be present.

Box 1b. For broker transactions, may show the CUSIP (Committee on Uniform Security Identification Procedures) number of the item reported.

Box 2. Shows the aggregate proceeds from transactions involving stocks, bonds, other debt obligations, commodities, or forward contracts. Losses on forward contracts and changes in control or substantial change in capital structure are shown in parentheses. This box does not include proceeds from regulated futures contracts. The broker must indicate whether gross proceeds or gross proceeds less commissions and option premiums were reported to the IRS. Report this amount on Schedule D (Form 1040), Capital Gains and Losses. However, if Box 12 is checked, you cannot take a loss on your tax return based on gross proceeds from an acquisition of control or substantial change in capital structure reported in Box 2. Do not report this loss on Schedule D (Form 1040). The broker should advise you of any losses on a separate statement.

Box 4. SEE "BACKUP WITHHOLDING"

Box 5. Shows the number of shares of the corporation's stock that you held which were exchanged in the change in control or substantial change in capital structure.

Box 6. Shows the class or classes of the corporation's stock that were exchanged in the change in control or substantial change in capital structure.

Box 7. Shows a brief description of the item or service for which the proceeds or bartering income is being reported.

INSTRUCTIONS FOR RECIPIENTS OF MISCELLANEOUS INCOME (1099-MISC)

Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals.

Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

Boxes 1 and 2. Reflects Royalties. See Pub. 544, Sales and Other Dispositions of Assets.

Box 4. SEE "BACKUP WITHHOLDING"

Box 8. Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as result of a loan of your securities. Report on the "Other income" line of Form 1040.

NOMINEES
If this form includes amounts belonging to another person, you are considered a nominee recipient. You must file Form 1099 with the IRS for each of the other owners to show their share of the income, and you must furnish a Form 1099 to each. A husband or wife is not required to file a nominee return to show amounts owned by the other. See the 2004 General Instructions for Forms 1099, 1098, 5498, and W-2G.

BACKUP WITHHOLDING
Shows backup withholding. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

COMBINED STATEMENT FOR RECIPIENT OF:

| | | |
|---|---|---|
| 1099-DIV | DIVIDENDS AND DISTRIBUTIONS | OMB NO. 1545-0110 |
| 1099-INT | INTEREST INCOME | 1545-0112 |
| 1099-OID | ORIGINAL ISSUE DISCOUNT | 1545-0117 |
| 1099-MISC | MISCELLANEOUS INCOME | 1545-0115 |
| 1099-B | PROCEEDS FROM BROKER TRANSACTIONS | 1545-0715 |

FOR TAX YEAR

**2004**

APRIL 25, 2005

80576DA 4183133 001050 000002

## 1099 ACTIVITY DETAIL

### DIVIDENDS AND DISTRIBUTIONS 1099-DIV (OMB NO. 1545-0110)

| DATE | CUSIP | SYMBOL | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/31/04 | | | FEDERATED PRIME CASH SERIES | 1.29 |
| 09/09/04 | | | FEDERATED PRIME CASH SERIES | 1.01 |
| 09/30/04 | | | FEDERATED PRIME CASH SERIES | 2.63 |
| 10/19/04 | | | FEDERATED PRIME CASH SERIES | 5.36 |
| 11/08/04 | | | FEDERATED PRIME CASH SERIES | .58 |
| 11/16/04 | | | FEDERATED PRIME CASH SERIES | .24 |
| 11/30/04 | | | FEDERATED PRIME CASH SERIES | 1.29 |

TOTAL ORDINARY DIVIDENDS — 1A: 12.40

QUALIFIED DIVIDENDS, THIS AMOUNT INCLUDED IN BOX 1A — 1B: .00

TOTAL CAPITAL GAINS DISTRIBUTIONS
TOTAL AMOUNT (ALSO INCLUDES 2B, 2C & 2D) — 2A: .00

### PROCEEDS FROM BROKER AND BARTER EXCHANGE 1099-B (OMB NO. 1545-0715)

| ( BOX 1A ) DATE OF SALE | ( BOX 1B ) CUSIP | ( ------ BOX 7 ------ ) QUANTITY | SYMBOL | | DESCRIPTION | ( BOX 2 ) AMOUNT |
|---|---|---|---|---|---|---|
| 08/17/04 | 45567W109 | 25000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 7,624.82 |
| 09/02/04 | 45567W109 | 21000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 6,089.85 |
| 09/08/04 | 45567W109 | 23000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 6,554.84 |
| 09/21/04 | 45567W109 | 15000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 3,899.90 |
| 10/07/04 | 45567W109 | 50000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 10,499.75 |
| 10/25/04 | 45567W109 | 250000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 47,748.88 |
| 11/02/04 | 45567W109 | 40000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 7,999.61 |
| 11/05/04 | 45567W109 | 5000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 1,049.97 |
| 11/09/04 | 45567W109 | 12000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 2,759.93 |
| 11/15/04 | 45567W109 | 10000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 2,699.93 |
| 11/15/04 | 45567W109 | 25000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 6,249.85 |
| 11/18/04 | 45567W109 | 55000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 16,499.61 |
| 11/19/04 | 45567W109 | 10000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 3,799.91 |
| 11/19/04 | 45567W109 | 10000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 3,999.90 |

REDACTED

PAGE 2 OF 3
ACCOUNT # [redacted]8132
1099 CONTINUED ON NEXT PAGE

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE ("IRS"). IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED.

**COMBINED STATEMENT FOR RECIPIENT OF:**

| | | |
|---|---|---|
| 1099-DIV | DIVIDENDS AND DISTRIBUTIONS | OMB NO. 1545-0110 |
| 1099-INT | INTEREST INCOME | 1545-0112 |
| 1099-OID | ORIGINAL ISSUE DISCOUNT | 1545-0117 |
| 1099-MISC | MISCELLANEOUS INCOME | 1545-0115 |
| 1099-B | PROCEEDS FROM BROKER TRANSACTIONS | 1545-0715 |

**FOR TAX YEAR**

# 2004

APRIL 25, 2005

80576DA 4183133 001050 000003

## 1099 ACTIVITY DETAIL

### PROCEEDS FROM BROKER AND BARTER EXCHANGE 1099-B (OMB NO. 1545-0715)

| ( BOX 1A ) DATE OF SALE | ( BOX 1B ) CUSIP | ( ------ BOX 7 ------ ) QUANTITY | SYMBOL | | DESCRIPTION | ( BOX 2 ) AMOUNT |
|---|---|---|---|---|---|---|
| 12/29/04 | 45567W109 | 10000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 2,899.93 |
| 12/30/04 | 45567W109 | 10000 | IGDC | SLD | INDIGENOUS GLOBAL DEVELOPMENT | 3,199.92 |

TOTAL GROSS PROCEEDS LESS COMMISSIONS - EACH TRANSACTION FURNISHED TO THE IRS

| 2 |
|---|
| 133,576.80 |

REDACTED

PAGE 3 OF 3
ACCOUNT [redacted]8132
END OF 1099 STATEMENT

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE ("IRS"). IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED.

# EXHIBIT 6

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

# TRANSACTION CONFIRMATION

# SELL

| Brokerage Account Registration | Brokerage Account Information |
|---|---|
| 6DA 00092150 000175 00000156 001/001 00000098<br>UNITED NATIVE DEPOSITORY CORP<br>ATTN DENI LEONARD CEO<br>100 BUSH ST STE #600<br>SAN FRANCISCO CA 94104 | Account #: [redacted]132 Office : 6DA<br>Rep : 1657<br>MARK DILLON<br>REDACTED |

## BROKERAGE ACCOUNT TRANSACTION DETAIL

You sold 21000 shares of INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB at a trade reported price of $ 0.29 per share.

| TRADE AMOUNT | COMMISSION | ST. TAX/INTEREST | SEC FEE | MISC. FEE | PST\HDL | NET AMOUNT |
|---|---|---|---|---|---|---|
| 6,090.00 | | | .15 | | | 6,089.85 |

| Trade Date: 09/02/2004 | Settle Date: 09/08/2004 | Transaction #: 00069798 |
|---|---|---|

Additional Comments: MARK UP/DOWN 0.01

Sufficient shares to cover this sale must be in your brokerage account by settlement date.
This sale will be settled in accordance with your account instructions.

This sell:
* The MARKET in which the transaction was executed: Over The Counter/Multiple Markets
* The CAPACITY in which customer's IB or FSI is acting: As principal and/or making a market in this security, may have received a profit on this transaction.
  a. An officer of the IB or FSI may be affiliated with the issuer of the security shown herein.
  b. Commissions may be allocated among various corporate and or individual affiliates of the IB or FSI, including registered broker/dealer and registered investment advisor.
* Was unsolicited.

This security:
* Has an assigned industry standard identification number of 45567W109 .
* Has a standard trading symbol of IGDC .

Additional Information:
* NON-RECOMMENDED
* BID SHRS 5000 ASK SHRS 5000
* We make a market in this security.

Special Instructions:

ACCOUNTS CARRIED WITH FISERV SECURITIES, INC. MEMBER NYSE/NASD/SIPC

**IT IS AGREED BETWEEN THE CUSTOMER ("CUSTOMER"), HIS/HER/ITS INTRODUCING BROKER ("IB") AND THE IB'S CLEARING FIRM ("NF CLEARING, INC." OR "NFC"):**

1. All transactions are subject to the rules, regulations, customs and usages of the exchange or market (and the clearing agency, if any) where executed and to any association whose rules and regulations govern transactions in that market and your account agreements with the IB and/or NFC. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to this transaction.

2. Any transaction executed in the over-the-counter market is subject to the Uniform Practice Code of the National Association of Securities Dealers, Inc. The name of the other broker or party and the time of execution will be furnished upon request.

3. Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefore.

4. If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on the face hereof promptly and not later than settlement date in accordance with the terms of this transaction and that you do not contemplate the sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on the face herof are not already held in your account with us, we are acting upon your representation that you or your principals own such securities, and it is agreed that you will promptly and not later than the settlement date deposit such securities with us. If full payment for the securities purchased by you in the transaction is not received or if the securities sold by you are not delivered in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable for any resulting loss, including without limitation, all expenses, attorney's fees and other costs and interest incurred thereon.

5. If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date to satisfy applicable margin requirements.

6. Provision of agreements and contracts shall inure to the benefit of your IB, NFC, or to any successor to your IB or NFC.

7. The execution price for this security may reflect an odd-lot differential if the number of shares transacted is less than a round lot or if all of the shares transacted cannot be executed in round lot increments.

8. Call features may exist for bonds, which could affect yield. Complete information will be provided upon written request.

9. If this transaction involves an asset-backed security that represents an interest in, or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

10. Zero coupon, Compound Interest and Multiplier Securities are callable below maturity value without notice by mail to holder unless registered.

11. If so noted on the front of the confirmation statement, our affiliate makes a market in this security, i.e., buying or selling for its own account on a continuous basis, and acted as principal in buying from or selling to you. NFC affiliate acting as market maker may discontinue the maintenance of such market at any time without notice. Your IB (if any) acted as your agent, charging you a commission for its service. Where this transaction is listed as executed by an NFC affiliate or a market maker, NFC or its affiliate acted in the capacity of specialist or market maker and filled the order at the inside market without mark-up or down. If average price transaction is indicated on the front of this confirmation statement, your IB or NFC may have acted as principal, agent or both on one or more exchanges, Details available through your IB.

12. NFC or IB receives remuneration for directing orders in equity securities to particular broker/dealers or market centers for execution. Such remuneration is considered compensation for NFC, and the source and amount of any compensation received by NFC in connection with your transaction will be disclosed upon request. Please contact your IB for a break down of any fees listed on this confirmation.

13. If this transaction is not entirely in accordance with Customer's understanding and directions, Customer must report any error or discrepancy within ten (10) days of receipt of this trade acknowledgement (confirmation) by forwarding a copy of this trade acknowledgement to the Compliance Officer at Customer's IB with the error noted. Otherwise, the transaction as stated on this trade acknowledgement shall be forever deemed to be correct and accepted by Customer.

14. Where your IB acted as agent or principal, NFC acted as clearing agent only.

# PENNALUNA & COMPANY

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

## TRANSACTION CONFIRMATION

## SELL

| Brokerage Account Registration | Brokerage Account Information |
|---|---|
| 6DA 00094975 000249 00000220 001/001 00000121<br>UNITED NATIVE DEPOSITORY CORP<br>ATTN DENI LEONARD CEO<br>100 BUSH ST STE #600<br>SAN FRANCISCO CA 94104 | Account #: [redacted]8132 Office : 6DA<br>Rep : 1657<br>MARK DILLON REDACTED |

### BROKERAGE ACCOUNT TRANSACTION DETAIL

You sold 23000 shares of INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB at a trade reported price of $ 0.285 per share.

| TRADE AMOUNT | COMMISSION | ST. TAX/INTEREST | FEE | MISC. FEE | PST\HDL | NET AMOUNT |
|---|---|---|---|---|---|---|
| 6,555.00 | | | .16 | | | 6,554.84 |

| | | |
|---|---|---|
| Trade Date: 09/08/2004 | Settle Date: 09/13/2004 | Transaction #: 00068827 |

Additional Comments: MARK UP/DOWN 0.015

Sufficient shares to cover this sale must be in your brokerage account by settlement date.
This sale will be settled in accordance with your account instructions.

This sell:
- The MARKET in which the transaction was executed: Over The Counter/Multiple Markets
- The CAPACITY in which customer's IB or FSI is acting: As principal and/or making a market in this security, may have received a profit on this transaction.
  a. An officer of the IB or FSI may be affiliated with the issuer of the security shown herein.
  b. Commissions may be allocated among various corporate and or individual affiliates of the IB or FSI, including registered broker/dealer and registered investment advisor.
- Was unsolicited.

This security:
- Has an assigned industry standard identification number of 45567W109 .
- Has a standard trading symbol of IGDC .

Additional Information:
- NON-RECOMMENDED
- BID SHRS 5000 ASK SHRS 5000
- We make a market in this security.

Special Instructions:

**IT IS AGREED BETWEEN THE CUSTOMER ("CUSTOMER"), HIS/HER/ITS INTRODUCING BROKER ("IB") AND THE IB'S CLEARING FIRM ("NF CLEARING, INC." OR "NFC"):**

1. All transactions are subject to the rules, regulations, customs and usages of the exchange or market (and the clearing agency, if any) where executed and to any association whose rules and regulations govern transactions in that market and your account agreements with the IB and/or NFC. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to this transaction.

2. Any transaction executed in the over-the-counter market is subject to the Uniform Practice Code of the National Association of Securities Dealers, Inc. The name of the other broker or party and the time of execution will be furnished upon request.

3. Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefore.

4. If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on the face hereof promptly and not later than settlement date in accordance with the terms of this transaction and that you do not contemplate the sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on the face herof are not already held in your account with us, we are acting upon your representation that you or your principals own such securities, and it is agreed that you will promptly and not later than the settlement date deposit such securities with us. If full payment for the securities purchased by you in the transaction is not received or if the securities sold by you are not delivered in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable for any resulting loss, including without limitation, all expenses, attorney's fees and other costs and interest incurred thereon.

5. If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date to satisfy applicable margin requirements.

6. Provision of agreements and contracts shall inure to the benefit of your IB, NFC, or to any successor to your IB or NFC.

7. The execution price for this security may reflect an odd-lot differential if the number of shares transacted is less than a round lot or if all of the shares transacted cannot be executed in round lot increments.

8. Call features may exist for bonds, which could affect yield. Complete information will be provided upon written request.

9. If this transaction involves an asset-backed security that represents an interest in, or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

10. Zero coupon, Compound Interest and Multiplier Securities are callable below maturity value without notice by mail to holder unless registered.

11. If so noted on the front of the confirmation statement, our affiliate makes a market in this security, i.e., buying or selling for its own account on a continuous basis, and acted as principal in buying from or selling to you. NFC affiliate acting as market maker may discontinue the maintenance of such market at any time without notice. Your IB (if any) acted as your agent, charging you a commission for its service. Where this transaction is listed as executed by an NFC affiliate or a market maker, NFC or its affiliate acted in the capacity of specialist or market maker and filled the order at the inside market without mark-up or down. If average price transaction is indicated on the front of this confirmation statement, your IB or NFC may have acted as principal, agent or both on one or more exchanges, Details available through your IB.

12. NFC or IB receives remuneration for directing orders in equity securities to particular broker/dealers or market centers for execution. Such remuneration is considered compensation for NFC, and the source and amount of any compensation received by NFC in connection with your transaction will be disclosed upon request. Please contact your IB for a break down of any fees listed on this confirmation.

13. If this transaction is not entirely in accordance with Customer's understanding and directions, Customer must report any error or discrepancy within ten (10) days of receipt of this trade acknowledgement (confirmation) by forwarding a copy of this trade acknowledgement to the Compliance Officer at Customer's IB with the error noted. Otherwise, the transaction as stated on this trade acknowledgement shall be forever deemed to be correct and accepted by Customer.

14. Where your IB acted as agent or principal, NFC acted as clearing agent only.

PENNALUNA & COMPANY
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

# TRANSACTION CONFIRMATION

# SELL

| Brokerage Account Registration | Brokerage Account Information |
|---|---|
| 6DA 00138183 000241 00000230 001/001 00000141<br>UNITED NATIVE DEPOSITORY CORP<br>ATTN DENI LEONARD CEO<br>100 BUSH ST STE #600<br>SAN FRANCISCO CA 94104 | Account #: [redacted]8132 Office : 6DA<br>Rep : 1657<br>MARK DILLON REDACTED |

## BROKERAGE ACCOUNT TRANSACTION DETAIL

You sold 40000 shares of INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB at a trade reported price of $ .20 per share.

| TRADE AMOUNT | COMMISSION | ST. TAX/INTEREST | FEE | MISC. FEE | PST\HDL | NET AMOUNT |
|---|---|---|---|---|---|---|
| 8,000.00 | | | .19 | | | 7,999.81 |

| Trade Date: 11/02/2004 | Settle Date: 11/05/2004 | Transaction #: 00037777 |
|---|---|---|

**Additional Comments:**

Sufficient shares to cover this sale must be in your brokerage account by settlement date.
This sale will be settled in accordance with your account instructions.

This sell:
* The MARKET in which the transaction was executed: Over The Counter/Multiple Markets
* The CAPACITY in which customer's IB or FSI is acting: As principal and/or making a market in this security, may have received a profit on this transaction.
  a. An officer of the IB or FSI may be affiliated with the issuer of the security shown herein.
  b. Commissions may be allocated among various corporate and or individual affiliates of the IB or FSI, including registered broker/dealer and registered investment advisor.
* Was unsolicited.

This security:
* Has an assigned industry standard identification number of 45567W109 .
* Has a standard trading symbol of IGDC .

Additional Information:
* We make a market in this security.

Special Instructions:

**IT IS AGREED BETWEEN THE CUSTOMER ("CUSTOMER"), HIS/HER/ITS INTRODUCING BROKER ("IB") AND THE IB'S CLEARING FIRM ("NF CLEARING, INC." OR "NFC"):**

1. All transactions are subject to the rules, regulations, customs and usages of the exchange or market (and the clearing agency, if any) where executed and to any association whose rules and regulations govern transactions in that market and your account agreements with the IB and/or NFC. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to this transaction.

2. Any transaction executed in the over-the-counter market is subject to the Uniform Practice Code of the National Association of Securities Dealers, Inc. The name of the other broker or party and the time of execution will be furnished upon request.

3. Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefore.

4. If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on the face hereof promptly and not later than settlement date in accordance with the terms of this transaction and that you do not contemplate the sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on the face herof are not already held in your account with us, we are acting upon your representation that you or your principals own such securities, and it is agreed that you will promptly and not later than the settlement date deposit such securities with us. If full payment for the securities purchased by you in the transaction is not received or if the securities sold by you are not delivered in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable for any resulting loss, including without limitation, all expenses, attorney's fees and other costs and interest incurred thereon.

5. If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date to satisfy applicable margin requirements.

6. Provision of agreements and contracts shall inure to the benefit of your IB, NFC, or to any successor to your IB or NFC.

7. The execution price for this security may reflect an odd-lot differential if the number of shares transacted is less than a round lot or if all of the shares transacted cannot be executed in round lot increments.

8. Call features may exist for bonds, which could affect yield. Complete information will be provided upon written request.

9. If this transaction involves an asset-backed security that represents an interest in, or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

10. Zero coupon, Compound Interest and Multiplier Securities are callable below maturity value without notice by mail to holder unless registered.

11. If so noted on the front of the confirmation statement, our affiliate makes a market in this security, i.e., buying or selling for its own account on a continuous basis, and acted as principal in buying from or selling to you. NFC affiliate acting as market maker may discontinue the maintenance of such market at any time without notice. Your IB (if any) acted as your agent, charging you a commission for its service. Where this transaction is listed as executed by an NFC affiliate or a market maker, NFC or its affiliate acted in the capacity of specialist or market maker and filled the order at the inside market without mark-up or down. If average price transaction is indicated on the front of this confirmation statement, your IB or NFC may have acted as principal, agent or both on one or more exchanges. Details available through your IB.

12. NFC or IB receives remuneration for directing orders in equity securities to particular broker/dealers or market centers for execution. Such remuneration is considered compensation for NFC, and the source and amount of any compensation received by NFC in connection with your transaction will be disclosed upon request. Please contact your IB for a break down of any fees listed on this confirmation.

13. If this transaction is not entirely in accordance with Customer's understanding and directions, Customer must report any error or discrepancy within ten (10) days of receipt of this trade acknowledgement (confirmation) by forwarding a copy of this trade acknowledgement to the Compliance Officer at Customer's IB with the error noted. Otherwise, the transaction as stated on this trade acknowledgement shall be forever deemed to be correct and accepted by Customer.

14. Where your IB acted as agent or principal, NFC acted as clearing agent only.

PENNALUNA & COMPANY
421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

# TRANSACTION CONFIRMATION

# SELL

| Brokerage Account Registration | Brokerage Account Information |
|---|---|
| 6DA 04008100 000182 00000175 001/001 00000118<br>UNITED NATIVE DEPOSITORY CORP<br>ATTN DENI LEONARD CEO<br>100 BUSH ST STE #600<br>SAN FRANCISCO CA 94104 | Account #: [redacted]8132 Office : 6DA<br>Rep : 1657<br>MARK DILLON REDACTED |

## BROKERAGE ACCOUNT TRANSACTION DETAIL

You sold 5210 shares of INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB at a trade reported price of $ .27 per share.

| TRADE AMOUNT | COMMISSION | ST. TAX/INTEREST | FEE | MISC. FEE | PST\HDL | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1,406.70 | | | .04 | | | 1,406.66 |

| Trade Date: 01/05/2005 | Settle Date: 01/10/2005 | Transaction #: 00055229 |
|---|---|---|

**Additional Comments:**

Sufficient shares to cover this sale must be in your brokerage account by settlement date.
This sale will be settled in accordance with your account instructions.

This sell:
- The MARKET in which the transaction was executed: Over The Counter/Multiple Markets
- The CAPACITY in which customer's IB or FSI is acting: As principal and/or making a market in this security, may have received a profit on this transaction.
  a. An officer of the IB or FSI may be affiliated with the issuer of the security shown herein.
  b. Commissions may be allocated among various corporate and or individual affiliates of the IB or FSI, including registered broker/dealer and registered investment advisor.
- Was unsolicited.

Additional Information:
- We make a market in this security.

This security:
- Has an assigned industry standard identification number of 45567W109 .
- Has a standard trading symbol of IGDC .

Special Instructions:

**IT IS AGREED BETWEEN THE CUSTOMER ("CUSTOMER"), HIS/HER/ITS INTRODUCING BROKER ("IB") AND THE IB'S CLEARING FIRM ("NF CLEARING, INC." OR "NFC"):**

1. All transactions are subject to the rules, regulations, customs and usages of the exchange or market (and the clearing agency, if any) where executed and to any association whose rules and regulations govern transactions in that market and your account agreements with the IB and/or NFC. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to this transaction.

2. Any transaction executed in the over-the-counter market is subject to the Uniform Practice Code of the National Association of Securities Dealers, Inc. The name of the other broker or party and the time of execution will be furnished upon request.

3. Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefore.

4. If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on the face hereof promptly and not later than settlement date in accordance with the terms of this transaction and that you do not contemplate the sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on the face herof are not already held in your account with us, we are acting upon your representation that you or your principals own such securities, and it is agreed that you will promptly and not later than the settlement date deposit such securities with us. If full payment for the securities purchased by you in the transaction is not received or if the securities sold by you are not delivered in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable for any resulting loss, including without limitation, all expenses, attorney's fees and other costs and interest incurred thereon.

5. If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date to satisfy applicable margin requirements.

6. Provision of agreements and contracts shall inure to the benefit of your IB, NFC, or to any successor to your IB or NFC.

7. The execution price for this security may reflect an odd-lot differential if the number of shares transacted is less than a round lot or if all of the shares transacted cannot be executed in round lot increments.

8. Call features may exist for bonds, which could affect yield. Complete information will be provided upon written request.

9. If this transaction involves an asset-backed security that represents an interest in, or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

10. Zero coupon, Compound Interest and Multiplier Securities are callable below maturity value without notice by mail to holder unless registered.

11. If so noted on the front of the confirmation statement, our affiliate makes a market in this security, i.e., buying or selling for its own account on a continuous basis, and acted as principal in buying from or selling to you. NFC affiliate acting as market maker may discontinue the maintenance of such market at any time without notice. Your IB (if any) acted as your agent, charging you a commission for its service. Where this transaction is listed as executed by an NFC affiliate or a market maker, NFC or its affiliate acted in the capacity of specialist or market maker and filled the order at the inside market without mark-up or down. If average price transaction is indicated on the front of this confirmation statement, your IB or NFC may have acted as principal, agent or both on one or more exchanges. Details available through your IB.

12. NFC or IB receives remuneration for directing orders in equity securities to particular broker/dealers or market centers for execution. Such remuneration is considered compensation for NFC, and the source and amount of any compensation received by NFC in connection with your transaction will be disclosed upon request. Please contact your IB for a break down of any fees listed on this confirmation.

13. If this transaction is not entirely in accordance with Customer's understanding and directions, Customer must report any error or discrepancy within ten (10) days of receipt of this trade acknowledgement (confirmation) by forwarding a copy of this trade acknowledgement to the Compliance Officer at Customer's IB with the error noted. Otherwise, the transaction as stated on this trade acknowledgement shall be forever deemed to be correct and accepted by Customer.

14. Where your IB acted as agent or principal, NFC acted as clearing agent only.

**PENNALUNA & COMPANY**
421 Sherman Avenue — Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

# TRANSACTION CONFIRMATION

# SELL

| Brokerage Account Registration | Brokerage Account Information |
|---|---|
| 6DA 04009081 000170 00000166 001/001 00000108<br>UNITED NATIVE DEPOSITORY CORP<br>ATTN DENI LEONARD CEO<br>100 BUSH ST STE #600<br>SAN FRANCISCO CA 94104 | **Account #:** [redacted]132 **Office :** 6DA<br>**Rep :** 1657<br>MARK DILLON REDACTED |

**BROKERAGE ACCOUNT TRANSACTION DETAIL**

**You sold 16000 shares of INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB at a trade reported price of $** .275 per share.

| TRADE AMOUNT | COMMISSION | ST. TAX/INTEREST | FEE | MISC. FEE | PST\HDL | NET AMOUNT |
|---|---|---|---|---|---|---|
| 4,400.00 | | | .11 | | | 4,399.89 |

| Trade Date: | 01/06/2005 | Settle Date: | 01/11/2005 | Transaction #: | 00096229 |
|---|---|---|---|---|---|

**Additional Comments:**

Sufficient shares to cover this sale must be in your brokerage account by settlement date.
This sale will be settled in accordance with your account instructions.

This sell:
* The MARKET in which the transaction was executed:
  Over The Counter/Multiple Markets
* The CAPACITY in which customer's IB or FSI is acting:
  As principal and/or making a market in this security, may have received a profit on this transaction.
  a. An officer of the IB or FSI may be affiliated with the issuer of the security shown herein.
  b. Commissions may be allocated among various corporate and or individual affiliates of the IB or FSI, including registered broker/dealer and registered investment advisor.
* Was unsolicited.

This security:
* Has an assigned industry standard identification number of 45567W109 .
* Has a standard trading symbol of IGDC .

Additional Information:
* We make a market in this security.

Special Instructions:

**IT IS AGREED BETWEEN THE CUSTOMER ("CUSTOMER"), HIS/HER/ITS INTRODUCING BROKER ("IB") AND THE IB'S CLEARING FIRM ("NF CLEARING, INC." OR "NFC"):**

1. All transactions are subject to the rules, regulations, customs and usages of the exchange or market (and the clearing agency, if any) where executed and to any association whose rules and regulations govern transactions in that market and your account agreements with the IB and/or NFC. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to this transaction.

2. Any transaction executed in the over-the-counter market is subject to the Uniform Practice Code of the National Association of Securities Dealers, Inc. The name of the other broker or party and the time of execution will be furnished upon request.

3. Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefore.

4. If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on the face hereof promptly and not later than settlement date in accordance with the terms of this transaction and that you do not contemplate the sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on the face herof are not already held in your account with us, we are acting upon your representation that you or your principals own such securities, and it is agreed that you will promptly and not later than the settlement date deposit such securities with us. If full payment for the securities purchased by you in the transaction is not received or if the securities sold by you are not delivered in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable for any resulting loss, including without limitation, all expenses, attorney's fees and other costs and interest incurred thereon.

5. If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date to satisfy applicable margin requirements.

6. Provision of agreements and contracts shall inure to the benefit of your IB, NFC, or to any successor to your IB or NFC.

7. The execution price for this security may reflect an odd-lot differential if the number of shares transacted is less than a round lot or if all of the shares transacted cannot be executed in round lot increments.

8. Call features may exist for bonds, which could affect yield. Complete information will be provided upon written request.

9. If this transaction involves an asset-backed security that represents an interest in, or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

10. Zero coupon, Compound Interest and Multiplier Securities are callable below maturity value without notice by mail to holder unless registered.

11. If so noted on the front of the confirmation statement, our affiliate makes a market in this security, i.e., buying or selling for its own account on a continuous basis, and acted as principal in buying from or selling to you. NFC affiliate acting as market maker may discontinue the maintenance of such market at any time without notice. Your IB (if any) acted as your agent, charging you a commission for its service. Where this transaction is listed as executed by an NFC affiliate or a market maker, NFC or its affiliate acted in the capacity of specialist or market maker and filled the order at the inside market without mark-up or down. If average price transaction is indicated on the front of this confirmation statement, your IB or NFC may have acted as principal, agent or both on one or more exchanges, Details available through your IB.

12. NFC or IB receives remuneration for directing orders in equity securities to particular broker/dealers or market centers for execution. Such remuneration is considered compensation for NFC, and the source and amount of any compensation received by NFC in connection with your transaction will be disclosed upon request. Please contact your IB for a break down of any fees listed on this confirmation.

13. If this transaction is not entirely in accordance with Customer's understanding and directions, Customer must report any error or discrepancy within ten (10) days of receipt of this trade acknowledgement (confirmation) by forwarding a copy of this trade acknowledgement to the Compliance Officer at Customer's IB with the error noted. Otherwise, the transaction as stated on this trade acknowledgement shall be forever deemed to be correct and accepted by Customer.

14. Where your IB acted as agent or principal, NFC acted as clearing agent only.

PENNALUNA & COMPANY

**TRANSACTION CONFIRMATION**

421 Sherman Avenue – Suite 203 • Coeur d'Alene, Idaho 83814
(800) 535-5329 (208) 667-7472

# SELL

| Brokerage Account Registration | Brokerage Account Information |
| --- | --- |
| 6DA 04226047 000283 00000272 001/001 00000168<br>DENI LEONARD<br>100 BUSH ST #600<br>SAN FRANCISCO CA 94104 | Account #: [redacted]5606 Office : 6DA<br>Rep : 1657<br>MARK DILLON REDACTED |

**BROKERAGE ACCOUNT TRANSACTION DETAIL**

You sold 50000 shares of INDIGENOUS GLOBAL DEVELOPMENT CORPORATION BB at a trade reported price of $ .095 per share.

| TRADE AMOUNT | COMMISSION | ST. TAX/INTEREST | FEE | MISC. FEE | PST\HDL | NET AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 4,750.00 | | | .20 | | | 4,749.80 |

| Trade Date: 07/05/2005 | Settle Date: 07/08/2005 | Transaction #: 00055821 |
| --- | --- | --- |

Additional Comments:

Sufficient shares to cover this sale must be in your brokerage account by settlement date.
This sale will be settled in accordance with your account instructions.

This sell:
* The MARKET in which the transaction was executed: Over The Counter/Multiple Markets
* The CAPACITY in which customer's IB or NFC is acting: As principal and/or making a market in this security, may have received a profit on this transaction.
  a. An officer of the IB or NFC may be affiliated with the issuer of the security shown herein.
  b. Commissions may be allocated among various corporate and or individual affiliates of the IB or NFC, including registered broker/dealer and registered investment advisor.
* Was unsolicited.

This security:
* Has an assigned industry standard identification number of 45567W109 .
* Has a standard trading symbol of IGDC .

Additional Information:
* We make a market in this security.

Please remit payment to: NF Clearing, Inc., One Commerce Square, 2005 Market Street, Philadelphia, PA 19103

Special Instructions:

ACCOUNTS CARRIED WITH NF CLEARING, INC. MEMBER NYSE/NASD/SIPC

**IT IS AGREED BETWEEN THE CUSTOMER ("CUSTOMER"), HIS/HER/ITS INTRODUCING BROKER ("IB") AND THE IB'S CLEARING FIRM ("NF CLEARING, INC." OR "NFC"):**

1. All transactions are subject to the rules, regulations, customs and usages of the exchange or market (and the clearing agency, if any) where executed and to any association whose rules and regulations govern transactions in that market and your account agreements with the IB and/or NFC. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to this transaction.

2. Any transaction executed in the over-the-counter market is subject to the Uniform Practice Code of the National Association of Securities Dealers, Inc. The name of the other broker or party and the time of execution will be furnished upon request.

3. Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefore.

4. If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on the face hereof promptly and not later than settlement date in accordance with the terms of this transaction and that you do not contemplate the sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on the face herof are not already held in your account with us, we are acting upon your representation that you or your principals own such securities, and it is agreed that you will promptly and not later than the settlement date deposit such securities with us. If full payment for the securities purchased by you in the transaction is not received or if the securities sold by you are not delivered in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable for any resulting loss, including without limitation, all expenses, attorney's fees and other costs and interest incurred thereon.

5. If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date to satisfy applicable margin requirements.

6. Provision of agreements and contracts shall inure to the benefit of your IB, NFC, or to any successor to your IB or NFC.

7. The execution price for this security may reflect an odd-lot differential if the number of shares transacted is less than a round lot or if all of the shares transacted cannot be executed in round lot increments.

8. Call features may exist for bonds, which could affect yield. Complete information will be provided upon written request.

9. If this transaction involves an asset-backed security that represents an interest in, or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

10. Zero coupon, Compound Interest and Multiplier Securities are callable below maturity value without notice by mail to holder unless registered.

11. If so noted on the front of the confirmation statement, our affiliate makes a market in this security, i.e., buying or selling for its own account on a continuous basis, and acted as principal in buying from or selling to you. NFC affiliate acting as market maker may discontinue the maintenance of such market at any time without notice. Your IB (if any) acted as your agent, charging you a commission for its service. Where this transaction is listed as executed by an NFC affiliate or a market maker, NFC or its affiliate acted in the capacity of specialist or market maker and filled the order at the inside market without mark-up or down. If average price transaction is indicated on the front of this confirmation statement, your IB or NFC may have acted as principal, agent or both on one or more exchanges, Details available through your IB.

12. NFC or IB receives remuneration for directing orders in equity securities to particular broker/dealers or market centers for execution. Such remuneration is considered compensation for NFC, and the source and amount of any compensation received by NFC in connection with your transaction will be disclosed upon request. Please contact your IB for a break down of any fees listed on this confirmation.

13. If this transaction is not entirely in accordance with Customer's understanding and directions, Customer must report any error or discrepancy within ten (10) days of receipt of this trade acknowledgement (confirmation) by forwarding a copy of this trade acknowledgement to the Compliance Officer at Customer's IB with the error noted. Otherwise, the transaction as stated on this trade acknowledgement shall be forever deemed to be correct and accepted by Customer.

14. Where your IB acted as agent or principal, NFC acted as clearing agent only.