

**FILED**

AUG 06 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>INDIGENOUS GLOBAL DEVELOPMENT CORPORATION,<br><br>   Defendant,<br><br> and<br><br>DENI G. LEONARD,<br><br>   Defendant - Appellant. | No. 08-17116<br>D.C. No. 3:06-cv-05600-JCS<br>Northern District of California,<br>San Francisco<br><br>**ORDER** |

 A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

 Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

 A copy of this order sent to the district court shall constitute for the mandate of this court.

          FOR THE COURT:

          Molly C. Dwyer
          Clerk of Court

          By: Estela Urrutia
          Deputy Clerk