UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 28 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff - Appellee,

  v.

INDIGENOUS GLOBAL
DEVELOPMENT CORPORATION,

           Defendant,

  and

DENI G. LEONARD,

            Defendant - Appellant.

No. 08-17116

D.C. No. 3:06-cv-05600-JCS
U.S. District Court for Northern
California, San Francisco

**MANDATE**

---

       The judgment of this Court, entered November 01, 2010, takes effect this

date.

       This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


Rhonda Roberts
Deputy Clerk